EXHIBIT 1

FILED
2018 Jun-14 AM 10:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LAKEISHA CHESTNUT, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN H. MERRILL, in his official<br>Capacity as Alabama Secretary of State<br><br>　　　　Defendant. | Case No. 2:18-cv-00907-JEO |

## STATEMENT OF ARIA BRANCH IN SUPPORT
## OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Aria Branch declares under penalty of perjury as follows:

1. My residence address is 3621 Jamison Street NE, Washington, D.C. 20018.

2. My office address, telephone number, facsimile number and email address are as follows:

> Aria Branch
> PERKINS COIE, LLP
> 700 13th St. N.W., Suite 600
> Washington, D.C. 20005-3960
> Phone: (202) 654-6338
> Fax: (202) 654-9106
> ABranch@perkinscoie.com

3. The courts to which I am admitted to practice and the dates of admission are as follows:

| Court | Date of Admission |
|---|---|
| U.S. District Court Eastern District of Virginia | 4/3/2015 |
| Supreme Court of Virginia | 12/5/2012 |
| U.S. District Court Western District of Wisconsin | 9/14/2015 |

4. I am in good standing and eligible to practice in all courts to which I am admitted.

5. The local member of the bar of this Court who will also represent the Plaintiffs, in this matter, with whom opposing counsel and the Court may readily communicate regarding the conduct of the matter and on whom papers may be served, is:

>Richard Rouco
>Quinn, Connor, Weaver, Davies & Rouco LLP
>Two North 20th Street, Suite 930
>Birmingham, AL  35203
>(205) 870-9989
>(205) 803-4143 (FAX)
>rrouco@qcwdr.com

6. I have read and understand:

(a) The local rules applicable in this District;

(b) The Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, accessed at:

https://www.alabar.org/membership/code-of-professional-courtesy/, https://www.alabar.org/membership/lawyers-creed/; and

    (c)    This court's CM/ECF requirements.

I declare under penalty of perjury that the foregoing is true and correct.

                              s/ *Aria Branch*
                              Aria Branch

Dated: June 14, 2018