EXHIBIT 1

FILED
2018 Jun-14 AM 10:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LAKEISHA CHESTNUT, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JOHN H. MERRILL, in his official ) <br> Capacity as Alabama Secretary of State ) <br> ) <br> Defendant. ) | Case No. 2:18-cv-00907-JEO |

## STATEMENT OF MARC ELIAS IN SUPPORT
## OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Marc Elias declares under penalty of perjury as follows:

1. My residence address is 186 River Park Drive, Great Falls, VA 22066.

2. My office address, telephone number, facsimile number and email address are as follows:

> Marc E. Elias
> PERKINS COIE, LLP
> 700 13th St. N.W., Suite 600
> Washington, D.C. 20005-3960
> Phone: (202) 654-6338
> Fax: (202) 654-9106
> MElias@perkinscoie.com

3. The courts to which I am admitted to practice and the dates of admission are as follows:

| Court | Date of Admission |
|---|---|
| District of Columbia | 6/30/94 |
| US Supreme Court | 2/23/09 |
| US Court of Appeals, D.C. Circuit | 1/4/95 |
| US Court of Appeals, 3rd Circuit | 3/15/2010 |
| US Court of Appeals, 4th Circuit | 8/19/14 |
| US Court of Appeals, 5th Circuit | 8/26/11 |
| US Court of Appeals, 9th Circuit | 9/27/16 |
| US Court of Appeals, 10th Circuit | 6/17/99 |
| US District Court for the District of Columbia | 1/9/95 |
| US District Court for the Northern District of Florida | 11/2015 |
| US District Court for the Eastern District of Michigan | 6/2/95 |
| US District Court for the Western District of Wisconsin | 5/10/15 |
| 11th Circuit Court of Appeals | 9/26/17 |

4. I am in good standing and eligible to practice in all courts to which I am admitted.

5. The local member of the bar of this Court who will also represent the Plaintiffs, in this matter, with whom opposing counsel and the Court may readily communicate regarding the conduct of the matter and on whom papers may be served, is:

>Richard Rouco
>Quinn, Connor, Weaver, Davies & Rouco LLP
>Two North 20th Street, Suite 930

    Birmingham, AL  35203
    (205) 870-9989
    (205) 803-4143 (FAX)
    rrouco@qcwdr.com

6. I have read and understand:

(a) The local rules applicable in this District;

(b) The Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, accessed at: https://www.alabar.org/membership/code-of-professional-courtesy/, https://www.alabar.org/membership/lawyers-creed/; and

(c) This court's CM/ECF requirements.

I declare under penalty of perjury that the foregoing is true and correct.

      s/ *Marc E. Elias*
      Marc E. Elias

Dated:  June 14, 2018