# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LAKEISHA CHESTNUT, et al.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:18-CV-00907-KOB |
| ) | |
| **JOHN H. MERRILL,** ) | |
| *in his official capacity* ) | |
| *as Alabama Secretary of State* ) | |
| ) | |
| **Defendant.** ) | |

## ORDER TO SHOW CAUSE

This matter comes before the court on the Alabama Secretary of State's motion to dismiss Plaintiffs' complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. (Doc. 11). On June 13, 2018, the Plaintiffs filed claims against John Merrill, in his official capacity as the Alabama Secretary of State, alleging that Alabama's 2011 congressional redistricting plan, Ala. Code § 17-14-70, violates Section 2 of the Voting Rights Act, codified as 52 U.S.C. § 10301.

The Secretary of State argues that Plaintiffs lack standing to bring this suit because the remedy they seek—"the adoption of a valid congressional redistricting plan that includes a second majority-minority district"—would not redress the injuries they claim. The proposed remedy does not appear to redress the alleged

1

racially-gerrymandered districts because the Plaintiffs do not seek a redrawing of their own districts. Rather, they request the creation of a second majority-minority district in which they may or may not reside.

Therefore, the court **ORDERS** Plaintiffs to **SHOW CAUSE** in writing, on or before July 31, 2018, why the court should not grant the Secretary of State's Motion to Dismiss. (Doc. 11).

**DONE** and **ORDERED** this 16th day of July, 2018.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE