# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **LAKEISHA CHESTNUT, et al.,** ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
|     v. ) | **Case No. 2:18-CV-00907-KOB** |
| ) | |
| **JOHN H. MERRILL, in his official** ) | |
| **Capacity as Alabama Secretary of State,** ) | |
| ) | |
|     **Defendant.** ) | |

## **ORDER**

This matter comes before the court on "Secretary of State John H. Merrill's Motion to Expedite Response to Discovery (OPPOSED)." (Doc. 42). Defendant filed this motion on January 29, 2019, seeking the court to order Plaintiffs to produce their "alternative or demonstrative Congressional districting plans" within ten days of Defendant's request for production. (*Id.* at 1). On February 12, 2019, the court held a scheduling conference in which it addressed this motion. The motion is now ripe for review.

For the reasons stated at the scheduling conference, the court DENIES the motion to expedite discovery. The court notes that Plaintiffs have agreed to produce the responsive maps by March 8, which allows Defendant adequate time to respond. Given the impending 2020 presidential election, the court recognizes the need to move this case along before the election. The March 8 disclosure should not cause undue delay. Further, Plaintiffs will informally disclose the identity of the selected expert to facilitate Defendant's ability to secure an appropriate expert to be prepared to address Plaintiffs' plan when disclosed March 8.

1

**DONE** and **ORDERED** this 14th day of February, 2019.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE