IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LAKEISHA CHESTNUT, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:18-CV-00907-KOB |
| | ) | |
| **JOHN H. MERRILL, in his official capacity** | ) | |
| **as Alabama Secretary of State** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the court on Defendant John Merrill's "Motion for Judgment on the Pleadings." (Doc. 27). In this motion, Defendant raised three grounds for a judgment on the pleadings: (1) jurisdiction lies with a three-judge court, (2) the complaint fails to demonstrate that a remedy exists, and (3) the claims are barred by the doctrine of laches. On January 16, 2019, the court held a hearing solely on the issue of whether jurisdiction of this case lay with this court or with a three-judge panel. On January 28, 2019, the court entered an Order denying Defendant's motion for judgment on the pleadings as to the jurisdictional issue. (Doc. 41). Because the court has jurisdiction, the case remains before this judge. So, the remaining two grounds raised by Defendant in his motion for judgment on the pleadings are now ripe for review.

For the reasons discussed in the Memorandum Opinion accompanying this Order, the court GRANTS IN PART and DENIES IN PART Defendant John Merrill's motion for judgment on the pleadings as to the remedy and laches issues. The court DENIES Defendant's motion as to the standing issue. The court GRANTS Defendant's motion as to the doctrine of laches issue for

1

injunctive relief. The court DENIES Defendant's motion as to the doctrine of laches issue for declaratory relief. So, Plaintiffs' declaratory judgment claim remains as the only viable claim.

    **DONE** and **ORDERED** this 27th day of March, 2019.

_Karon O. Bowdre_
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE