IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LAKEISHA CHESTNUT, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO. 2:18-CV-00907-KOB |
| ) | |
| **JOHN H. MERRILL,** ) | |
| ) | |
| Defendant, ) | |

**Secretary of State John H. Merrill's
Second Request for Production to Plaintiffs**

Defendant John Merrill, sued in his official capacity as Alabama Secretary of State, pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, propounds the following request for production to be responded to by the Plaintiffs by no later than October 11, 2019.

**Request for Production**

2.  For each illustrative Congressional districting plan developed by your expert for purposes of this litigation and which you intend to offer into evidence, produce charts or reports demonstrating (i) the compactness scores for each district included in such plans; and (ii) for each county or precinct that is split between two districts in each such plan, the number of people from such county or precinct put into each district, broken down by race.

1

Steve Marshall
  *Attorney General*

*s/* James W. Davis
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*
Winfield J. Sinclair (ASB-1750-S81W)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Laura E. Howell (ASB-0551-A41H)
Brad A. Chynoweth (ASB-0030-S63K)
  *Assistant Attorneys General*

Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
(334) 242-7300
jimdavis@ago.state.al.us
wsinclair@ago.state.al.us
mmessick@ago.state.al.us
lhowell@ago.state.al.us
bchynoweth@ago.state.al.us

Dorman Walker (ASB-9154-R81J)
dwalker@balch.com
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

***Counsel for Secretary of State John H. Merrill***

## CERTIFICATE OF SERVICE

    I certify that on October ____, 2019, I served a copy of the forgoing on counsel of record by electronic mail.

          *s/*_____
          Of Counsel