Plan: SC1_report
Plan Type:
Administrator
User:

# Plan Components Report

Friday, June 22, 2018						9:44 AM

|  | Population | Black |
|---|---:|---:|
| **District 1** | | |
| BULLOCK County | 10,914 | 7,666 |
| BUTLER County | 20,947 | 9,095 |
| CHOCTAW County | 13,859 | 6,012 |
| CLARKE County | 25,833 | 11,336 |
| CONECUH County | 13,228 | 6,149 |
| DALLAS County | 43,820 | 30,423 |
| GREENE County | 9,045 | 7,370 |
| HALE County | 15,760 | 9,301 |
| LOWNDES County | 11,299 | 8,310 |
| MACON County | 21,452 | 17,729 |
| MARENGO County | 21,027 | 10,872 |
| MONROE County | 23,068 | 9,614 |
| MONTGOMERY County | 229,363 | 125,477 |
| PERRY County | 10,591 | 7,276 |
| PICKENS County | 19,746 | 8,211 |
| SUMTER County | 13,763 | 10,316 |
| WASHINGTON County | 17,581 | 4,380 |
| WILCOX County | 11,670 | 8,465 |
| **District 1 Subtotal** | **532,966** | **298,002** |
| **District 2** | | |
| BALDWIN County (part) | 121,343 | 10,730 |
| MOBILE County | 412,992 | 142,992 |
| **District 2 Subtotal** | **534,335** | **153,722** |
| **District 3** | | |
| BALDWIN County (part) | 60,922 | 6,375 |
| BARBOUR County | 27,457 | 12,875 |
| COFFEE County | 49,948 | 8,359 |
| COVINGTON County | 37,765 | 4,716 |
| CRENSHAW County | 13,906 | 3,254 |
| DALE County | 50,251 | 9,679 |
| ESCAMBIA County | 38,319 | 12,220 |

DEFENDANTS' EXHIBIT 80

|  | Population | Black |
|---|---:|---:|
| **District 3** (continued) | | |
| GENEVA County | 26,790 | 2,539 |
| HENRY County | 17,302 | 4,942 |
| HOUSTON County | 101,547 | 26,176 |
| PIKE County | 32,899 | 12,054 |
| RUSSELL County | 52,947 | 22,135 |
| **District 3 Subtotal** | **510,053** | **125,324** |
| **District 4** | | |
| CALHOUN County | 118,572 | 24,382 |
| CHAMBERS County | 34,215 | 13,257 |
| CHEROKEE County | 25,989 | 1,208 |
| CLEBURNE County | 14,972 | 498 |
| ETOWAH County | 104,430 | 15,796 |
| LEE County | 140,247 | 31,901 |
| RANDOLPH County | 22,913 | 4,607 |
| ST. CLAIR County | 83,593 | 7,150 |
| **District 4 Subtotal** | **544,931** | **98,799** |
| **District 5** | | |
| JEFFERSON County (part) | 524,182 | 267,525 |
| **District 5 Subtotal** | **524,182** | **267,525** |
| **District 6** | | |
| BLOUNT County | 57,322 | 761 |
| FAYETTE County | 17,241 | 1,969 |
| JEFFERSON County (part) | 134,284 | 9,000 |
| LAMAR County | 14,564 | 1,643 |
| MARION County | 30,776 | 1,184 |
| TUSCALOOSA County | 194,656 | 57,611 |
| WALKER County | 67,023 | 3,928 |
| **District 6 Subtotal** | **515,866** | **76,096** |
| **District 7** | | |
| COLBERT County | 54,428 | 8,768 |
| CULLMAN County | 80,406 | 856 |
| DEKALB County | 71,109 | 1,078 |
| FRANKLIN County | 31,704 | 1,228 |
| JACKSON County | 53,227 | 1,781 |
| MARSHALL County | 93,019 | 1,494 |
| MORGAN County | 119,490 | 14,185 |
| WINSTON County | 24,484 | 115 |
| **District 7 Subtotal** | **527,867** | **29,505** |

| | Population | Black |
|---|---:|---:|

Plan: SC1_report  Administrator:
Type:  User:

| | Population | Black |
|---|---:|---:|
| **District 8** | | |
| LAUDERDALE County | 92,709 | 9,257 |
| LAWRENCE County | 34,339 | 3,938 |
| LIMESTONE County | 82,782 | 10,429 |
| MADISON County | 334,811 | 80,376 |
| **District 8 Subtotal** | **544,641** | **104,000** |
| **District 9** | | |
| AUTAUGA County | 54,571 | 9,643 |
| BIBB County | 22,915 | 5,047 |
| CHILTON County | 43,643 | 4,230 |
| CLAY County | 13,932 | 2,066 |
| COOSA County | 11,539 | 3,582 |
| ELMORE County | 79,303 | 15,900 |
| SHELBY County | 195,085 | 20,732 |
| TALLADEGA County | 82,291 | 26,055 |
| TALLAPOOSA County | 41,616 | 11,083 |
| **District 9 Subtotal** | **544,895** | **98,338** |
| **State totals** | **4,779,736** | **1,251,311** |