FILED
2019 Oct-15  PM 04:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| LAKEISHA CHESTNUT, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No.: |
| v. | ) | 2:18-cv-907-KOB |
| | ) | |
| JOHN H. MERRILL, Secretary of State, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S WITNESS LIST & DEPOSITION DESIGNATIONS

Pursuant to the Court's scheduling order, Defendant Secretary of State John Merrill respectfully files the following list of persons whom he expects to testify at trial or that he may call to testify at trial:

A. The Secretary expects to call the following witnesses at trial:

1.  M.V. (Trey) Hood III (Expert Witness)
    Athens, Georgia

2.  Douglas M. Johnson (Expert Witness)
    Glendale, California

3.  Jo Bonner
    Montgomery, Alabama

4.  U.S. Representative Bradley Byrne
    Washington, D.C.

5.  Former Alabama Senator Gerald Dial
    Lineville, Alabama

B. Secretary Merrill may call the following witnesses at trial:

6.    Donna Overton
       Montgomery, Alabama

7.    Randolf Hinaman
       Orange Beach, Alabama

C.    In the event Former Representative Jo Bonner or Representative Bradley Byrne is unable to be present at trial, the Secretary hereby designates the following portions of each of their deposition transcripts as an alternative to live testimony:

1.    Former Rep. Jo Bonner:

       7:21-8:2
       14:5-26:1
       27:4-30:9
       34:21-40:21
       42:3-48:11
       49:3-50:4
       52:20-54:18
       55:22-58:15
       61:2-62:6
       62:13-82:8
       85:6-101:9
       102:7-104:5
       105:6-120:2
       123:11-124:9
       136:1-147:1
       161:21-163:4
       163:20-167:13

2.    Representative Bradley Byrne:

       17:21-22:8

23:7-16
24:6-9
24:11-14
24:17-20
25:4-5
25:7-26:3
26:13-27:1
28:18-30:18
31:22-32:2
32:6-12
32:17-20
33:12-35:12
36:11-37:4
38:6-17
45:16-20
46:7-56:2
56:17-20
57:4-58:1
58:9-59:18
60:18-71:9
71:17-72:9
74:9-76:3
84:1-20

D.     Reservation of rights: Secretary Merrill reserves the right to call

witnesses listed by the Plaintiffs, rebuttal witnesses, and impeachment witnesses.

Respectfully submitted,

Steve Marshall
*Attorney General*

James W. Davis (ASB-4063-I58J)
*Deputy Attorney General*

3

*s/* Laura E. Howell
Winfield J. Sinclair (ASB-1750-S81W)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Laura E. Howell (ASB-0551-A41H)
Brad A. Chynoweth (ASB-0030-S63K)
*Assistant Attorneys General*

Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8440
jimdavis@ago.state.al.us
wsinclair@ago.state.al.us
mmessick@ago.state.al.us
lhowell@ago.state.al.us
bchynoweth@ago.state.al.us

Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
dwalker@balch.com

**Counsel for Defendant Secretary Merrill**

## CERTIFICATE OF SERVICE

I certify that on October 15, 2019, I filed the foregoing document electronically via the Court's CM/ECF system, which will send a copy to all counsel of record.

s/Laura E. Howell
***Counsel for the Defendant***