FILED
2019 Oct-15  PM 05:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **LAKEISHA CHESTNUT, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CASE NO. 2:18-CV-00907-KOB** |
| ) | |
| **JOHN H. MERRILL, etc.,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANT'S EXHIBIT LIST

Comes now Defendant Secretary of State John Merrill and in compliance with ¶7 (b)(1) of the Court's September 23, 2019 Pretrial Order, *doc. 79*, identifies his trial exhibits in the attached Exhibit List. Each of these exhibits may be presented by Elmo or other means of projection.

Respectfully submitted on this the 15th day of October, 2019.

*/s Dorman Walker*
One of Counsel for Defendant Secretary of
State John H. Merrill

7626908.1

**OF COUNSEL:**
Dorman Walker (ASB-9154-R81J)
Balch & Bingham LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone:  (334) 834-6500
Facsimile:   (334) 269-3115
Email: dwalker@balch.com

James W. Davis (ASB-4063-I58J)
   *Deputy Attorney General*
Winfield J. Sinclair (ASB-1750-S81W)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Laura E. Howell (ASB-0551-A41H)
Brad A. Chynoweth (ASB-0030-S63K)
   *Assistant Attorneys General*

Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone:   (334) 242-7300
Email: jimdavis@ago.state.al.us
Email: wsinclair@ago.state.al.us
Email: mmessick@ago.state.al.us
Email: lhowell@ago.state.al.us
Email: bchynoweth@ago.state.al.us


**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following CM/ECF participant(s) electronically:

Richard P. Rouco
Email: rrouco@qcwdr.com
Quinn, Connor, Weaver, Davies & Rouco LLP
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203

7626908.1

Marc Erik Elias (admitted pro hac vice)
Email: MElias@perkinscoie.com
Bruce V. Spiva (admitted pro hac vice)
Email: BSpiva@perkinscoie.com
Uzoma N. Nkwonta (admitted pro hac vice)
Email: UNkwonta@perkinscoie.com
Aria C. Branch (admitted pro hac vice)
Email: ABranch@perkinscoie.com
Daniel C. Osher (admitted pro hac vice)
Email: DOsher@perkinscoie.com
Perkins Coie, LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960

Abha Khanna (admitted pro hac vice)
Email: AKhanna@perkinscoie.com
Perkins Coie, LLP
1201 Third Avenue, Ste. 4900
Seattle, WA 98101-3099

/s Dorman Walker
OF COUNSEL

7626908.1