**LEKEISHA CHESTNUT, ET AL. V. JOHN H. MERRILL, in his official Capacity as Alabama Secretary of State**

**U.S. DISTRICT COURT, NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION**

**CASE NO. 2:18-CV-00907-KOB**

**DEFENDANT'S EXHIBIT LIST**

| TRIAL EX. NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 1 | Maps of Congressional Districts 1867-2011 | | |
| 2 | Alabama Congressional Maps 1973-2013 | | |
| 3 | Preclearance submission of Ala. Act No. 2011-518 | | |
| 4 | Legslative History of SB484/Act. No. 2041-518 | | |
| 5 | Congressional District Pop. Changes 2001-2010 | | |
| 6 | Map of Congressional District Plan | | |
| 7 | Map of Congressional Districts from 1950 | | |
| 8 | 2011 State Board of Education Map | | |
| 9 | Cooper Exhibit 12 - 2011 Congressional Districts | | |
| 10 | Map – 2010 McClendon Congressional Plan 1 | | |
| 11 | Expert Report of M.V. Hood, III dated 04/22/09 with exhibits | | |
| 12 | State of Alabama Mail-In Voter Registration Form | | |

| TRIAL EX. NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 13 | Expert Report of Douglas Johnson dated 04/22/19 with exhibits | | |
| 14 | Federal Register Vol 76, No. 27 dated 02/09/11, Part III – Department of Justice, Guidance Concerning Redistricting Under Section 5 of the Voting Rights Act; Notice | | |
| 15 | 00-2 – Guidance on Aggregation and Allocation of Data on Race for Use in Civil Rights Monitoring and Enforcement 03/09/00 | | |
| 16 | Map – 2010 McClendon Congressional Plan 1 | | |
| 17 | Overton, Donna Declaration with exhibits | | |
| 18 | Plan 1 Splits | | |
| 19 | Plan 2 Splits | | |
| 20 | Plan 3 Splits | | |
| 21 | Plan 4 Splits | | |
| 22 | [INTENTIONALLY LEFT BLANK] | | |
| 23 | Listing of Congressional Plans Submitted to the Committee | | |
| 24 | 2 MINORITY PLAN 1_All Districts Population Report.pdf | | |
| 25 | 2 MINORITY PLAN 1_Assigned District Splits_COUNTY.pdf | | |
| 26 | 2 MINORITY PLAN 1_Assigned District Splits_PRECINCT.pdf | | |
| 27 | 2 MINORITY PLAN 1_District Compactness Report.pdf | | |
| 28 | 2 MINORITY PLAN 1_District Statistics Report.pdf | | |

| **TRIAL EX. NO.** | **DESCRIPTION** | **OFFERED** | **ADMITTED** |
|---|---|---|---|
| 29 | 2 MINORITY PLAN 1_MAP_Letter size.pdf | | |
| 30 | 2 MINORITY PLAN 1_Population Summary Report.pdf | | |
| 31 | 2 MINORITY PLAN 1_Unassigned Geographies Report.pdf | | |
| 32 | 4TH-5TH COMPROMISE_All Districts Population Report.pdf | | |
| 33 | 4TH-5TH COMPROMISE_Assigned District Splits_COUNTY.pdf | | |
| 34 | 4TH-5TH COMPROMISE_Assigned District Splits_PRECINCT.pdf | | |
| 35 | 4TH-5TH COMPROMISE_District Compactness Report.pdf | | |
| 36 | 4TH-5TH COMPROMISE_District Statistics Report.pdf | | |
| 37 | 4th-5th COMPROMISE_MAP_Letter Size.pdf | | |
| 38 | 4TH-5TH COMPROMISE_Population Summary Report.pdf | | |
| 39 | 4TH-5TH COMPROMISE_Unassigned Geographies Report.pdf | | |
| 40 | ADERHOLT BROOKS CONGRESSIONAL_All Districts Population Report.pdf | | |
| 41 | ADERHOLT BROOKS CONGRESSIONAL_Assigned District Splits_COUNTY.pdf | | |
| 42 | ADERHOLT BROOKS CONGRESSIONAL_Assigned District Splits_PRECINCT.pdf | | |
| 43 | ADERHOLT BROOKS CONGRESSIONAL_District Compactness Report.pdf | | |
| 44 | ADERHOLT BROOKS CONGRESSIONAL_District Statistics Report.pdf | | |

| TRIAL EX. NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 45 | ADERHOLT BROOKS CONGRESSIONAL_MAP_Letter Size.pdf | | |
| 46 | ADERHOLT BROOKS CONGRESSIONAL_Population Summary Report.pdf | | |
| 47 | ADERHOLT BROOKS CONGRESSIONAL_Unassigned Geographies Report.pdf | | |
| 48 | ALLEN CONGRESSIONAL PLAN_All Districts Population Report.pdf | | |
| 49 | ALLEN CONGRESSIONAL PLAN_Assigned District Splits_COUNTY.pdf | | |
| 50 | ALLEN CONGRESSIONAL PLAN_Assigned District Splits_PRECINCT.pdf | | |
| 51 | ALLEN CONGRESSIONAL PLAN_District Compactness Report.pdf | | |
| 52 | ALLEN CONGRESSIONAL PLAN_District Statistics Report.pdf | | |
| 53 | ALLEN CONGRESSIONAL PLAN_MAP_Letter Size.pdf | | |
| 54 | ALLEN CONGRESSIONAL PLAN_Population Summary Report.pdf | | |
| 55 | ALLEN CONGRESSIONAL PLAN_Unassigned Geographies Report.pdf | | |
| 56 | ALLEN CONGRESSIONAL PLAN 4_All Districts Population Report.pdf | | |
| 57 | ALLEN CONGRESSIONAL PLAN 4_Assigned District Splits_COUNTY.pdf | | |
| 58 | ALLEN CONGRESSIONAL PLAN 4_Assigned District Splits_PRECINCT.pdf | | |
| 59 | ALLEN CONGRESSIONAL PLAN 4_District Compactness Report.pdf | | |
| 60 | ALLEN CONGRESSIONAL PLAN 4_District Statistics Report.pdf | | |

| **TRIAL EX. NO.** | **DESCRIPTION** | **OFFERED** | **ADMITTED** |
|---|---|---|---|
| 61 | ALLEN CONGRESSIONAL PLAN 4_MAP_Letter Size.pdf | | |
| 62 | ALLEN CONGRESSIONAL PLAN 4_Population Summary Report.pdf | | |
| 63 | ALLEN CONGRESSIONAL PLAN 4_Unassigned Geographies Report.pdf | | |
| 64 | ALLEN CONGRESSIONAL PLAN 5_All Districts Population Report.pdf | | |
| 65 | ALLEN CONGRESSIONAL PLAN 5_Assigned District Splits_COUNTY.pdf | | |
| 66 | ALLEN CONGRESSIONAL PLAN 5_Assigned District Splits_PRECINCT.pdf | | |
| 67 | ALLEN CONGRESSIONAL PLAN 5_District Compactness Report.pdf | | |
| 68 | ALLEN CONGRESSIONAL PLAN 5_District Statistics Report.pdf | | |
| 69 | ALLEN CONGRESSIONAL PLAN 5_MAP_Letter Size.pdf | | |
| 70 | ALLEN CONGRESSIONAL PLAN 5_Population Summary Report.pdf | | |
| 71 | ALLEN CONGRESSIONAL PLAN 5_Unassigned Geographies Report.pdf | | |
| 72 | ALLEN CONGRESSIONAL PLAN 6_All Districts Population Report.pdf | | |
| 73 | ALLEN CONGRESSIONAL PLAN 6_Assigned District Splits_COUNTY.pdf | | |
| 74 | ALLEN CONGRESSIONAL PLAN 6_Assigned District Splits_PRECINCT.pdf | | |
| 75 | ALLEN CONGRESSIONAL PLAN 6_District Compactness Report.pdf | | |
| 76 | ALLEN CONGRESSIONAL PLAN 6_District Statistics Report.pdf | | |

| **TRIAL EX. NO.** | **DESCRIPTION** | **OFFERED** | **ADMITTED** |
|---|---|---|---|
| 77 | ALLEN CONGRESSIONAL PLAN 6_MAP_Letter Size.pdf | | |
| 78 | ALLEN CONGRESSIONAL PLAN 6_Population Summary Report.pdf | | |
| 79 | ALLEN CONGRESSIONAL PLAN 6_Unassigned Geographies Report.pdf | | |
| 80 | ALLEN CONGRESSIONAL PLAN 7_All Districts Population Report.pdf | | |
| 81 | ALLEN CONGRESSIONAL PLAN 7_Assigned District Splits_COUNTY.pdf | | |
| 82 | ALLEN CONGRESSIONAL PLAN 7_Assigned District Splits_PRECINCT.pdf | | |
| 83 | ALLEN CONGRESSIONAL PLAN 7_District Compactness Report.pdf | | |
| 84 | ALLEN CONGRESSIONAL PLAN 7_District Statistics Report.pdf | | |
| 85 | ALLEN CONGRESSIONAL PLAN 7_MAPS_Letter Size.pdf | | |
| 86 | ALLEN CONGRESSIONAL PLAN 7_Population SummaryReport.pdf | | |
| 87 | ALLEN CONGRESSIONAL PLAN 7_Unassigned Geographies Report.pdf | | |
| 88 | ALLEN CONGRESSIONAL PLAN MOD 1_All Districts Population Report.pdf | | |
| 89 | ALLEN CONGRESSIONAL PLAN MOD 1_Assigned District Splits_COUNTY.pdf | | |
| 90 | ALLEN CONGRESSIONAL PLAN MOD 1_Assigned District Splits_PRECINCT.pdf | | |
| 91 | ALLEN CONGRESSIONAL PLAN MOD 1_District Compactness Report.pdf | | |
| 92 | ALLEN CONGRESSIONAL PLAN MOD 1_District Statistics Report.pdf | | |

| **TRIAL EX. NO.** | **DESCRIPTION** | **OFFERED** | **ADMITTED** |
|---|---|---|---|
| 93 | ALLEN CONGRESSIONAL PLAN MOD 1_MAP_Letter Size.pdf | | |
| 94 | ALLEN CONGRESSIONAL PLAN MOD 1_Population Summary Report.pdf | | |
| 95 | ALLEN CONGRESSIONAL PLAN MOD 1_Unassigned Geographies Report.pdf | | |
| 96 | ALLEN CONGRESSIONAL PLAN MOD 2_All Districts Population Report.pdf | | |
| 97 | ALLEN CONGRESSIONAL PLAN MOD 2_Assigned District Splits_COUNTY.pdf | | |
| 98 | ALLEN CONGRESSIONAL PLAN MOD 2_Assigned District Splits_PRECINCT.pdf | | |
| 99 | ALLEN CONGRESSIONAL PLAN MOD 2_District Compactness Report.pdf | | |
| 100 | ALLEN CONGRESSIONAL PLAN MOD 2_District Statistics Report.pdf | | |
| 101 | ALLEN CONGRESSIONAL PLAN MOD 2_MAP_Letter Size.pdf | | |
| 102 | ALLEN CONGRESSIONAL PLAN MOD 2_Population Summary Report.pdf | | |
| 103 | ALLEN CONGRESSIONAL PLAN MOD 2_Unassigned Geographies Report.pdf | | |
| 104 | ALLEN CONGRESSIONAL PLAN MOD 3_All Districts Population Report.pdf | | |
| 105 | ALLEN CONGRESSIONAL PLAN MOD 3_Assigned District Splits_COUNTY.pdf | | |
| 106 | ALLEN CONGRESSIONAL PLAN MOD 3_Assigned District Splits_PRECINCT.pdf | | |
| 107 | ALLEN CONGRESSIONAL PLAN MOD 3_District Compactness Report.pdf | | |
| 108 | ALLEN CONGRESSIONAL PLAN MOD 3_District Statistics Report.pdf | | |

| TRIAL EX. NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 109 | ALLEN CONGRESSIONAL PLAN MOD 3_MAP_Letter Size.pdf | | |
| 110 | ALLEN CONGRESSIONAL PLAN MOD 3_Population Summary Report.pdf | | |
| 111 | ALLEN CONGRESSIONAL PLAN MOD 3_Unassigned Geographies Report.pdf | | |
| 112 | ALLEN CONGRESSIONAL PLAN MOD 4_All Districts Population Report.pdf | | |
| 113 | ALLEN CONGRESSIONAL PLAN MOD 4_Assigned District Splits_COUNTY.pdf | | |
| 114 | ALLEN CONGRESSIONAL PLAN MOD 4_Assigned District Splits_PRECINCT.pdf | | |
| 115 | ALLEN CONGRESSIONAL PLAN MOD 4_District Compactness Report.pdf | | |
| 116 | ALLEN CONGRESSIONAL PLAN MOD 4_District Statistics Report.pdf | | |
| 117 | ALLEN CONGRESSIONAL PLAN MOD 4_MAP_Letter Size.pdf | | |
| 118 | ALLEN CONGRESSIONAL PLAN MOD 4_Population Summary Report.pdf | | |
| 119 | ALLEN CONGRESSIONAL PLAN MOD 4_Unassigned Geographies Report.pdf | | |
| 120 | ALLEN CONGRESSIONAL PLAN MOD 5_All Districts Population Report.pdf | | |
| 121 | ALLEN CONGRESSIONAL PLAN MOD 5_Assigned District Splits_COUNTY.pdf | | |
| 122 | ALLEN CONGRESSIONAL PLAN MOD 5_Assigned District Splits_PRECINCT.pdf | | |
| 123 | ALLEN CONGRESSIONAL PLAN MOD 5_District Compactness Report.pdf | | |
| 124 | ALLEN CONGRESSIONAL PLAN MOD 5_District Statistics Report.pdf | | |

| TRIAL EX. NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 125 | ALLEN CONGRESSIONAL PLAN MOD 5_MAP_Letter Size.pdf | | |
| 126 | ALLEN CONGRESSIONAL PLAN MOD 5_Population Summary Report.pdf | | |
| 127 | ALLEN CONGRESSIONAL PLAN MOD 5_Unassigned Geographies Report.pdf | | |
| 128 | ALLEN CONGRESSIONAL PLAN MOD 6_All Districts Population Report.pdf | | |
| 129 | ALLEN CONGRESSIONAL PLAN MOD 6_Assigned District Splits_COUNTY.pdf | | |
| 130 | ALLEN CONGRESSIONAL PLAN MOD 6_Assigned District Splits_PRECINCTS.pdf | | |
| 131 | ALLEN CONGRESSIONAL PLAN MOD 6_District Compactness Report.pdf | | |
| 132 | ALLEN CONGRESSIONAL PLAN MOD 6_District Statistics Report.pdf | | |
| 133 | ALLEN CONGRESSIONAL PLAN MOD 6_MAP_Letter Size.pdf | | |
| 134 | ALLEN CONGRESSIONAL PLAN MOD 6_Population Summary Report.pdf | | |
| 135 | ALLEN CONGRESSIONAL PLAN MOD 6_Unassigned Geographies Report.pdf | | |
| 136 | BEASON CONGRESSIONAL PLAN_All Districts Population Report.pdf | | |
| 137 | BEASON CONGRESSIONAL PLAN_Assigned District Splits_COUNTY.pdf | | |
| 138 | BEASON CONGRESSIONAL PLAN_Assigned District Splits_PRECINCT.pdf | | |
| 139 | BEASON CONGRESSIONAL PLAN_District Compactness Report.pdf | | |
| 140 | BEASON CONGRESSIONAL PLAN_District Statistics Report.pdf | | |

| TRIAL EX. NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 141 | BEASON CONGRESSIONAL PLAN_MAP_Letter Size.pdf | | |
| 142 | BEASON CONGRESSIONAL PLAN_Population Summary Report.pdf | | |
| 143 | BEASON CONGRESSIONAL PLAN_Unassigned Geographies Report.pdf | | |
| 144 | BUSKEY CONGRESSIONAL PLAN_All Districts Population Report.pdf | | |
| 145 | BUSKEY CONGRESSIONAL PLAN_Assigned District Splits_COUNTY.pdf | | |
| 146 | BUSKEY CONGRESSIONAL PLAN_Assigned District Splits_PRECINCT.pdf | | |
| 147 | BUSKEY CONGRESSIONAL PLAN_District Compactness Report.pdf | | |
| 148 | BUSKEY CONGRESSIONAL PLAN_District Statistics Report.pdf | | |
| 149 | BUSKEY CONGRESSIONAL PLAN_MAP_Letter Size.pdf | | |
| 150 | BUSKEY CONGRESSIONAL PLAN_Population Summary Report.pdf | | |
| 151 | BUSKEY CONGRESSIONAL PLAN_Unassigned Geographies Report.pdf | | |
| 152 | GREER CONGRESSIONAL _Assigned District Splits_PRECINCT.pdf | | |
| 153 | GREER CONGRESSIONAL_All Districts Population Report.pdf | | |
| 154 | GREER CONGRESSIONAL_Assigned Districts Report_COUNTY.pdf | | |
| 155 | GREER CONGRESSIONAL_District Compactness Report.pdf | | |
| 156 | GREER CONGRESSIONAL_District Statistics Report.pdf | | |

| TRIAL EX. NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 157 | GREER CONGRESSIONAL_MAP_Letter Size.pdf | | |
| 158 | GREER CONGRESSIONAL_Population Summary Report.pdf | | |
| 159 | GREER CONGRESSIONAL_Unassigned Geographies Report.pdf | | |
| 160 | GREER CONGRESSIONAL 2_All Districts Report.pdf | | |
| 161 | GREER CONGRESSIONAL 2_Assigned District Splits_COUNTY.pdf | | |
| 162 | GREER CONGRESSIONAL 2_Assigned District Splits_PRECINCT.pdf | | |
| 163 | GREER CONGRESSIONAL 2_District Compactness Report.pdf | | |
| 164 | GREER CONGRESSIONAL 2_District Stats Report.pdf | | |
| 165 | GREER CONGRESSIONAL 2_MAP_Letter Size.pdf | | |
| 166 | GREER CONGRESSIONAL 2_Population Report.pdf | | |
| 167 | GREER CONGRESSIONAL 2_Unassigned Geographies Report.pdf | | |
| 168 | HAMMON PLAN 5.19.11_All Districts Population Report.pdf | | |
| 169 | HAMMON PLAN 5.19.11_Assigned District Splits_COUNTY.pdf | | |
| 170 | HAMMON PLAN 5.19.11_Assigned District Splits_PRECINCT.pdf | | |
| 171 | HAMMON PLAN 5.19.11_District Compactness Report.pdf | | |
| 172 | HAMMON PLAN 5.19.11_District Statistics Report.pdf | | |

| TRIAL EX. NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 173 | HAMMON PLAN 5.19.11_MAP_Letter Size.pdf | | |
| 174 | HAMMON PLAN 5.19.11_Population Summary Report.pdf | | |
| 175 | HAMMON PLAN 5.19.11_Unassigned Geographies Report.pdf | | |
| 176 | HUBBARD CONGR.CD2-5.rev2_All Districts Population Report.pdf | | |
| 177 | HUBBARD CONGR.CD2-5.rev2_Assigned District Splits_COUNTY.pdf | | |
| 178 | HUBBARD CONGR.CD2-5.rev2_District Compactness Report.pdf | | |
| 179 | HUBBARD CONGR.CD2-5.rev2_District Stats Report.pdf | | |
| 180 | HUBBARD CONGR.CD2-5.rev2_MAP_Letter Size.pdf | | |
| 181 | HUBBARD CONGR.CD2-5.rev2_Population Summary Report.pdf | | |
| 182 | HUBBARD CONGR.CD2-5.rev2_Unassigned Geographies Report.pdf | | |
| 183 | McCLAMMY CONGRESSIONAL 4M 6.17.11_All Districts Population Report.pdf | | |
| 184 | McCLAMMY CONGRESSIONAL 4M 6.17.11_Assigned District Splits_COUNTY.pdf | | |
| 185 | McCLAMMY CONGRESSIONAL 4M 6.17.11_Assigned District Splits_PRECINCT.pdf | | |
| 186 | McCLAMMY CONGRESSIONAL 4M 6.17.11_District Compactness Report.pdf | | |
| 187 | McCLAMMY CONGRESSIONAL 4M 6.17.11_District Statistics Report.pdf | | |
| 188 | McCLAMMY CONGRESSIONAL 4M 6.17.11_MAP_Letter Size.pdf | | |

| **TRIAL EX. NO.** | **DESCRIPTION** | **OFFERED** | **ADMITTED** |
|---|---|---|---|
| 189 | McCLAMMY CONGRESSIONAL 4M 6.17.11_Population Summary Report.pdf | | |
| 190 | McCLAMMY CONGRESSIONAL 4M 6.17.11_Unassigned Geographies Report.pdf | | |
| 191 | McCLAMMY CONGRESS 2M_All Districts Population Report.pdf | | |
| 192 | McCLAMMY CONGRESS 2M_Assigned District Splits_COUNTY.pdf | | |
| 193 | McCLAMMY CONGRESS 2M_Assigned District Splits_PRECINCT.pdf | | |
| 194 | McCLAMMY CONGRESS 2M_District Compactness Report.pdf | | |
| 195 | McCLAMMY CONGRESS 2M_District Statistics Report.pdf | | |
| 196 | McCLAMMY CONGRESS 2M_MAP_Letter Size.pdf | | |
| 197 | McCLAMMY CONGRESS 2M_Population Summary Report.pdf | | |
| 198 | McCLAMMY CONGRESS 2M_Unassigned Geographies Report.pdf | | |
| 199 | McCLAMMY CONGRESS PPB_All Districts Population Report.pdf | | |
| 200 | McCLAMMY CONGRESS PPB_Assigned District Splits_County.pdf | | |
| 201 | McCLAMMY CONGRESS PPB_Assigned District Splits_PRECINCT.pdf | | |
| 202 | McCLAMMY CONGRESS PPB_District Compactness Report.pdf | | |
| 203 | McCLAMMY CONGRESS PPB_District Statistics Report.pdf | | |
| 204 | McCLAMMY CONGRESS PPB_MAP_Letter Size.pdf | | |

| TRIAL EX. NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 205 | McCLAMMY CONGRESS PPB_Population Summary Report.pdf | | |
| 206 | McCLAMMY CONGRESS PPB_Unassigned Geographies Report.pdf | | |
| 207 | McCLAMMY CONGRESS PPB_All Districts Population Report.pdf | | |
| 208 | McCLAMMY CONGRESS PPB_Assigned District Splits_COUNTY.pdf | | |
| 209 | McCLAMMY CONGRESS PPB_Assigned District Splits_PRECINCT.pdf | | |
| 210 | McCLAMMY CONGRESS PPB_District Compactness Report.pdf | | |
| 211 | McCLAMMY CONGRESS PPB_District Statistics Report.pdf | | |
| 212 | McCLAMMY CONGRESS PPB_Unassigned Geographies Report.pdf | | |
| 213 | McCLAMMY CONGRESS PPE_MAP_Letter Size.pdf | | |
| 214 | McCLAMMY CONGRESS PPE_Population Summary Report.pdf | | |
| 215 | McCLAMMY CONGRESIONAL 3M_MAP_Letter Size.pdf | | |
| 216 | McCLAMMY CONGRESSIONAL 3M_All Districts Population Report.pdf | | |
| 217 | McCLAMMY CONGRESSIONAL 3M_Assigned District Splits_County.pdf | | |
| 218 | McCLAMMY CONGRESSIONAL 3M_Assigned District Splits_PRECINCT.pdf | | |
| 219 | McCLAMMY CONGRESSIONAL 3M_District Compactness Report.pdf | | |
| 220 | McCLAMMY CONGRESSIONAL 3M_District Statistics Report.pdf | | |

| TRIAL EX. NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 221 | McCLAMMY CONGRESSIONAL 3M_Population Summary Report.pdf | | |
| 222 | McCLAMMY CONGRESSIONAL 3M_Unassigned Geographies Report.pdf | | |
| 223 | McCLAMMY CONGRESSIONAL 4M_All Districts Population Report.pdf | | |
| 224 | McCLAMMY CONGRESSIONAL 4M_Assigned District Splits_COUNTY.pdf | | |
| 225 | McCLAMMY CONGRESSIONAL 4M_Assigned District Splits_PRECINCT.pdf | | |
| 226 | McCLAMMY CONGRESSIONAL 4M_District Compactness Report.pdf | | |
| 227 | McCLAMMY CONGRESSIONAL 4M_District Statistics Report.pdf | | |
| 228 | McCLAMMY CONGRESSIONAL 4M_MAP_Letter Size.pdf | | |
| 229 | McCLAMMY CONGRESSIONAL 4M_Population Summary Report.pdf | | |
| 230 | McCLAMMY CONGRESSIONAL 4M_Unassigned Geographies Report.pdf | | |
| 231 | McCLAMMY CONGRESSIONAL B_All Districts Population Report.pdf | | |
| 232 | McCLAMMY CONGRESSIONAL B_Assigned District Splits_COUNTY.pdf | | |
| 233 | McCLAMMY CONGRESSIONAL B_Assigned District Splits_PRECINCT.pdf | | |
| 234 | McCLAMMY CONGRESSIONAL B_District Compactness Report.pdf | | |
| 235 | McCLAMMY CONGRESSIONAL B_District Statistics Report.pdf | | |
| 236 | McCLAMMY CONGRESSIONAL B_MAP_Letter Size.pdf | | |

| **TRIAL EX. NO.** | **DESCRIPTION** | **OFFERED** | **ADMITTED** |
|---|---|---|---|
| 237 | McCLAMMY CONGRESSIONAL B_Population Summary Report.pdf | | |
| 238 | McCLAMMY CONGRESSIONAL B_Unassigned Geographies Report.pdf | | |
| 239 | McCLENDON CONGRESSIONAL 1_All Districts Population Report.pdf | | |
| 240 | McCLENDON CONGRESSIONAL 1_Assigned District Splits_COUNTY.pdf | | |
| 241 | McCLENDON CONGRESSIONAL 1_Assigned District Splits_PRECINCT.pdf | | |
| 242 | McCLENDON CONGRESSIONAL 1_District Compactness Report.pdf | | |
| 243 | McCLENDON CONGRESSIONAL 1_District Statistics Report.pdf | | |
| 244 | McCLENDON CONGRESSIONAL 1_MAP_Letter Size.pdf | | |
| 245 | McCLENDON CONGRESSIONAL 1_Population Summary Report.pdf | | |
| 246 | McCLENDON CONGRESSIONAL 1_Unassigned Geographies Report.pdf | | |
| 247 | POOLE CONGRESSIONAL PLAN 1_All Districts Population Report.pdf | | |
| 248 | POOLE CONGRESSIONAL PLAN 1_Assigned District Splits_COUNTY.pdf | | |
| 249 | POOLE CONGRESSIONAL PLAN 1_Assigned District Splits_PRECINCT.pdf | | |
| 250 | POOLE CONGRESSIONAL PLAN 1_District Compactness Report.pdf | | |
| 251 | POOLE CONGRESSIONAL PLAN 1_District Statistics Report.pdf | | |
| 252 | POOLE CONGRESSIONAL PLAN 1_MAP_Letter Size.pdf | | |

| TRIAL EX. NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 253 | POOLE CONGRESSIONAL PLAN 1_Population Summary Report.pdf | | |
| 254 | POOLE CONGRESSIONAL PLAN 1_Unassigned Geographies Report.pdf | | |
| 255 | POOLE CONGRESSIONAL PLAN 2_All Districts Population Report.pdf | | |
| 256 | POOLE CONGRESSIONAL PLAN 2_Assigned District Splits_COUNTY.pdf | | |
| 257 | POOLE CONGRESSIONAL PLAN 2_Assigned District Splits_PRECINCT.pdf | | |
| 258 | POOLE CONGRESSIONAL PLAN 2_District Compactness Report.pdf | | |
| 259 | POOLE CONGRESSIONAL PLAN 2_District Statistics Report.pdf | | |
| 260 | POOLE CONGRESSIONAL PLAN 2_MAP_Letter Size.pdf | | |
| 261 | POOLE CONGRESSIONAL PLAN 2_Population Summary Report.pdf | | |
| 262 | POOLE CONGRESSIONAL PLAN 2_Unassigned Geographies Report.pdf | | |
| 263 | POOLE CONGRESSIONAL PLAN 3_All Districts Population Report.pdf | | |
| 264 | POOLE CONGRESSIONAL PLAN 3_Assigned District Splits_COUNTY.pdf | | |
| 265 | POOLE CONGRESSIONAL PLAN 3_Assigned District Splits_PRECINCT.pdf | | |
| 266 | POOLE CONGRESSIONAL PLAN 3_District Compactness Report.pdf | | |
| 267 | POOLE CONGRESSIONAL PLAN 3_District Statistics Report.pdf | | |
| 268 | POOLE CONGRESSIONAL PLAN 3_MAP_Letter Size.pdf | | |

| TRIAL EX. NO. | DESCRIPTION | OFFERED | ADMITTED |
|:-:|:-:|:-:|:-:|
| 269 | POOLE CONGRESSIONAL PLAN 3_Population Summary Report.pdf | | |
| 270 | POOLE CONGRESSIONAL PLAN 3_Unassigned Geographies Report.pdf | | |
| 271 | POOLE CONGRESSIONAL PLAN 4_All Districts Population Report.pdf | | |
| 272 | POOLE CONGRESSIONAL PLAN 4_Assigned District Splits_County.pdf | | |
| 273 | POOLE CONGRESSIONAL PLAN 4_Assigned District Splits_PRECINCT.pdf | | |
| 274 | POOLE CONGRESSIONAL PLAN 4_District Compactness Report.pdf | | |
| 275 | POOLE CONGRESSIONAL PLAN 4_District Statistics Report.pdf | | |
| 276 | POOLE CONGRESSIONAL PLAN 4_MAP_Letter Size.pdf | | |
| 277 | POOLE CONGRESSIONAL PLAN 4_Population Summary Report.pdf | | |
| 278 | POOLE CONGRESSIONAL PLAN 4_Unassigned Geographies Report.pdf | | |
| 279 | POOLE HUBBARD CONG_All Districts Population Report.pdf | | |
| 280 | POOLE HUBBARD CONG_Assigned District Splits_COUNTY.pdf | | |
| 281 | POOLE HUBBARD CONG_Assigned District Splits_PRECINCT.pdf | | |
| 282 | POOLE HUBBARD CONG_District Compactness Report.pdf | | |
| 283 | POOLE HUBBARD CONG_District Statistics Report.pdf | | |
| 284 | POOLE HUBBARD CONG_MAP_Letter Size.pdf | | |

| TRIAL EX. NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 285 | POOLE HUBBARD CONG_Population Summary Report.pdf | | |
| 286 | POOLE HUBBARD CONG_Unassigned Geographies Report.pdf | | |
| 287 | STATE CONGRESSIONAL 1_All Districts Population Report.pdf | | |
| 288 | STATE CONGRESSIONAL 1_Assigned District Splits_COUNTY.pdf | | |
| 289 | STATE CONGRESSIONAL 1_District Compactness Report.pdf | | |
| 290 | STATE CONGRESSIONAL 1_District Statistics Report.pdf | | |
| 291 | STATE CONGRESSIONAL 1_MAP_Letter Size.pdf | | |
| 292 | STATE CONGRESSIONAL 1_Population Summary Report.pdf | | |
| 293 | STATE CONGRESSIONAL 1_Unassigned Geographies Report.pdf | | |
| 294 | STATE ONGRESSIONAL 1_Assigned District Splits_PRECINCT.pdf | | |
| 295 | TAYLOR CONGRESSIONAL PLAN_All Districts Population Report.pdf | | |
| 296 | TAYLOR CONGRESSIONAL PLAN_Assigned District Splits_COUNTY.pdf | | |
| 297 | TAYLOR CONGRESSIONAL PLAN_Assigned District Splits_PRECINCT.pdf | | |
| 298 | TAYLOR CONGRESSIONAL PLAN_District Compactness Report.pdf | | |
| 299 | TAYLOR CONGRESSIONAL PLAN_District Statistics Report.pdf | | |
| 300 | TAYLOR CONGRESSIONAL PLAN_MAP_Letter Size.pdf | | |

| TRIAL EX. NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 301 | TAYLOR CONGRESSIONAL PLAN_Population Summary Report.pdf | | |
| 302 | TAYLOR CONGRESSIONAL PLAN_Unassigned Geographies Report.pdf | | |
| | Any document or tangible thing needed to rebut or impeach the testimony of any witness for the Plaintiffs | | |
| | Any document or tangible thing needed to respond to any exhibit identified by the Plaintiffs | | |
| | All discovery requests and all responses to discovery requests | | |
| | All pleadings, filings, and orders in this case | | |
| | Any exhibit to an expert report | | |
| | Any exhibit to any deposition taken in this case | | |
| | Any exhibit identified by other parties | | |