FILED
2019 Oct-15  PM 06:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LAKEISHA CHESTNUT, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 2:18-cv-00907-KOB |
| v. ) | |
| ) | |
| JOHN H. MERRILL, in his official ) | |
| Capacity as Alabama Secretary of State ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' WITNESS LIST

Plaintiffs in the above-captioned matter hereby submit that they may call the following witnesses at trial:

**Experts**:

1. William Cooper
   Bristol, VA

2. Peyton McCrary
   Washington, DC

3. Maxwell Palmer
   Boston, MA

**Primary Witnesses**:

1. LaKeisha Chestnut
   Mobile, AL

2. Karen Jones
   Montgomery, AL

3. John Knight, Jr.
   Montgomery, AL

4. Henry "Hank" Sanders
   Selma, AL

5. Sheila Tyson
   Birmingham, AL

**<u>Optional Witnesses</u>**:

*none*

Plaintiffs reserve the right to call witnesses listed by Defendant, rebuttal witnesses, and impeachment witnesses.

Dated: October 15, 2019

Respectfully submitted,

By /s/ *Bruce V. Spiva*
Marc Erik Elias (admitted *pro hac vice*)
Bruce V. Spiva (admitted *pro hac vice*)
Uzoma N. Nkwonta (admitted *pro hac vice*)
Aria C. Branch (admitted *pro hac vice*)
Lalitha D. Madduri (admitted *pro hac vice*)
Daniel C. Osher (admitted *pro hac vice*)
**Perkins Coie LLP**
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 654-6338
Fax: (202) 654-9106
Email: MElias@perkinscoie.com
Email: BSpiva@perkinscoie.com
Email: UNkwonta@perkinscoie.com
Email: ABranch@perkinscoie.com
Email: LMadduri@perkinscoie.com
Email: DOsher@perkinscoie.com

Abha Khanna (admitted *pro hac vice*)
**Perkins Coie LLP**
1201 Third Avenue, Ste. 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000
Email: AKhanna@perkinscoie.com

Richard P. Rouco (AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
Email: rrouco@qcwdr.com

*Attorneys for Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019, I filed a copy of the foregoing Plaintiffs' Witness List with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        */s/ Bruce V. Spiva*
                                        Bruce V. Spiva
                                        **Perkins Coie LLP**
                                        700 13th St. N.W., Suite 600
                                        Washington, D.C. 20005-3960
                                        Phone: (202) 654-6338
                                        Fax: (202) 654-9106
                                        Email: BSpiva@perkinscoie.com