# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

LAKEISHA CHESTNUT, et al.        )
                                         )
        Plaintiffs,               )
                                         )   Case No. 2:18-cv-00907-KOB
        v.                       )
                                       )
JOHN H. MERRILL, in his official    )
Capacity as Alabama Secretary of State   )
                                       )
        Defendant.             )

## **PLAINTIFFS' EXHIBIT LIST**

## Exhibits[1] Plaintiffs Intend to Offer

| Exhibit Number | Description |
|---|---|
| 1 | Declaration of William S. Cooper ("Cooper Report"), dated March 8, 2019 (with revised Figure 18 as disclosed to Defendant on May 15, 2019) |
| 2 | Exhibit A to Cooper Report (Summary of Redistricting Work) |
| 3 | Exhibit B to Cooper Report (Methodology and Sources) |
| 4 | Exhibit C-1 to Cooper Report (State-Produced 2011 SBOE Plan Map) |
| 5 | Exhibit C-2 to Cooper Report (Population Summary Report of 2011 SBOE Plan) |
| 6 | Exhibit C-3 to Cooper Report (2011 SBOE Plan Map) |
| 7 | Exhibit C-4 to Cooper Report (Mobile County Under 2011 SBOE Plan) |
| 8 | Exhibit C-5 to Cooper Report (Jefferson County Under 2011 SBOE Plan) |
| 9 | Exhibit C-6 to Cooper Report (Montgomery County Under 2011 SBOE Plan) |
| 10 | Exhibit D to Cooper Report (2010 Alabama Population by County) |
| 11 | Exhibit E to Cooper Report (2017 Alabama Population Estimates by County) |
| 12 | Exhibit F-1 to Cooper Report (2001 Plan Map) |
| 13 | Exhibit F-2 to Cooper Report (Population Summary Report of 2001 Plan by District) |

---

[1] Pursuant to Section 7(b)(1) of the Pretrial Order, ECF No. 79, Plaintiffs note that they intend to project and/or enlarge all exhibits included in this list.

| Exhibit Number | Description |
| --- | --- |
| 14 | Exhibit G-1 to Cooper Report (Population Summary Report of 2011 Plan by District) |
| 15 | Exhibit G-2 to Cooper Report (2011 Plan Map) |
| 16 | Exhibit G-3 to Cooper Report (Zoomed View of Each District Under 2011 Plan) |
| 17 | Exhibit G-4 to Cooper Report (Montgomery County Under 2011 Plan) |
| 18 | Exhibit G-5 to Cooper Report (Jefferson County Under 2011 Plan) |
| 19 | Exhibit G-6 to Cooper Report (County Split Report for 2011 Plan) |
| 20 | Exhibit G-7 to Cooper Report (State-Produced 2011 Plan Map) |
| 21 | Exhibit H-1 to Cooper Report (Population Summary Report of Illustrative Plan 1 by District) |
| 22 | Exhibit H-2 to Cooper Report (Illustrative Plan 1 Map) |
| 23 | Exhibit H-3 to Cooper Report (Zoomed View of Each District Under Illustrative Plan 1) |
| 24 | Exhibit H-4 to Cooper Report (Mobile County Under Illustrative Plan 1) |
| 25 | Exhibit H-5 to Cooper Report (Jefferson County Under Illustrative Plan 1) |
| 26 | Exhibit H-6 to Cooper Report (County Split Report for Illustrative Plan 1) |
| 27 | Exhibit I-1 to Cooper Report (Population Summary Report of Illustrative Plan 2 by District) |
| 28 | Exhibit I-2 to Cooper Report (Illustrative Plan 2 Map) |

| Exhibit Number | Description |
|---|---|
| 29 | Exhibit I-3 to Cooper Report (Zoomed View of Each District Under Illustrative Plan 2) |
| 30 | Exhibit I-4 to Cooper Report (Mobile County Under Illustrative Plan 2) |
| 31 | Exhibit I-5 to Cooper Report (Jefferson County Under Illustrative Plan 2) |
| 32 | Exhibit I-6 to Cooper Report (County Split Report for Illustrative Plan 2) |
| 33 | Exhibit J-1 to Cooper Report (Population Summary Report of Illustrative Plan 3 by District) (revised as disclosed by Plaintiffs on March 15, 2019) |
| 34 | Exhibit J-2 to Cooper Report (Illustrative Plan 3 Map) |
| 35 | Exhibit J-3 to Cooper Report (Zoomed View of Each District Under Illustrative Plan 3) |
| 36 | Exhibit J-4 to Cooper Report (Mobile County Under Illustrative Plan 3) |
| 37 | Exhibit J-5 to Cooper Report (Jefferson County Under Illustrative Plan 3) |
| 38 | Exhibit J-6 to Cooper Report (County Split Report for Illustrative Plan 3) |
| 39 | Exhibit K-1 to Cooper Report (Population Summary Report of Illustrative Plan 4 by District) (revised as disclosed by Plaintiffs on March 15, 2019) |
| 40 | Exhibit K-2 to Cooper Report (Illustrative Plan 4 Map) |
| 41 | Exhibit K-3 to Cooper Report (Zoomed View of Each District Under Illustrative Plan 4) |

| Exhibit Number | Description |
|---|---|
| 42 | Exhibit K-4 to Cooper Report (Mobile County Under Illustrative Plan 4) |
| 43 | Exhibit K-5 to Cooper Report (Jefferson County Under Illustrative Plan 4) |
| 44 | Exhibit K-6 to Cooper Report (County Split Report for Illustrative Plan 4) |
| 45 | Exhibit L-1 to Cooper Report (Reock and Polsby-Popper Scores of 2011 and Illustrative Plans) |
| 46 | Exhibit L-2 to Cooper Report (Polsby-Popper Scores of 2011 and Illustrative Plans) |
| 47 | Exhibit M-1 to Cooper Report (November 2018 Voter Registration by County) |
| 48 | Exhibit M-2 to Cooper Report (2010-2017 Population Change by County) (revised as disclosed to Defendant on May 17, 2019) |
| 49 | Exhibit N-1 to Cooper Report (Charts - 2017 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Alabama) |
| 50 | Exhibit N-2 to Cooper Report (Data - 2017 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Alabama) |
| 51 | Exhibit O-1 to Cooper Report (Charts - 2017 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Current CD 1) |
| 52 | Exhibit O-2 to Cooper Report (Data - 2017 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Current CD 1) |

| Exhibit Number | Description |
|---|---|
| 53 | Exhibit P-1 to Cooper Report (Charts - 2017 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Current CD 2) |
| 54 | Exhibit P-2 to Cooper Report (Data - 2017 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Current CD 2) |
| 55 | Exhibit Q-1 to Cooper Report (Charts - 2017 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Current CD 3) |
| 56 | Exhibit Q-2 to Cooper Report (Data - 2017 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Current CD 3) |
| 57 | Exhibit R-1 to Cooper Report (Charts - 2017 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Current CD 7) |
| 58 | Exhibit R-2 to Cooper Report (Data - 2017 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Current CD 7) |
| 59 | Second Declaration of William S. Cooper ("Second Cooper Report"), dated May 6, 2019 |
| 60 | Exhibit A-1 to Second Cooper Report (Population Summary Report of Revised Plan 1 by District) |
| 61 | Exhibit A-2 to Second Cooper Report (Revised Plan 1 Map) |
| 62 | Exhibit A-3 to Second Cooper Report (Zoomed View of Each District Under Revised Plan 1) |
| 63 | Exhibit A-4 to Second Cooper Report (Mobile County Under Revised Plan 1) |

| Exhibit Number | Description |
|---|---|
| 64 | Exhibit A-5 to Second Cooper Report (Jefferson County Under Revised Plan 1) |
| 65 | Exhibit A-6 to Second Cooper Report (County Split Report for Revised Plan 1) |
| 66 | Exhibit B-1 to Second Cooper Report (Population Summary Report of Revised Plan 2 by District) |
| 67 | Exhibit B-2 to Second Cooper Report (Revised Plan 2 Map) |
| 68 | Exhibit B-3 to Second Cooper Report (Zoomed View of Each District Under Revised Plan 2) |
| 69 | Exhibit B-4 to Second Cooper Report (Mobile County Under Revised Plan 2) |
| 70 | Exhibit B-5 to Second Cooper Report (Jefferson County Under Revised Plan 2) |
| 71 | Exhibit B-6 to Second Cooper Report (County Split Report for Revised Plan 2) |
| 72 | Exhibit C-1 to Second Cooper Report (Population Summary Report of Revised Plan 3 by District) |
| 73 | Exhibit C-2 to Second Cooper Report (Revised Plan 3 Map) |
| 74 | Exhibit C-3 to Second Cooper Report (Zoomed View of Each District Under Revised Plan 3) |
| 75 | Exhibit C-4 to Second Cooper Report (Mobile County Under Revised Plan 3) |
| 76 | Exhibit C-5 to Second Cooper Report (Jefferson County Under Revised Plan 3) |

| Exhibit Number | Description |
|---|---|
| 77 | Exhibit C-6 to Second Cooper Report (County Split Report for Revised Plan 3) |
| 78 | Exhibit D to Second Cooper Report (Population Summary Report of Hypothetical 2020 Plan) |
| 79 | Expert Report of Maxwell Palmer, Ph.D., dated March 8, 2019 |
| 80 | Rebuttal Report of Maxwell Palmer, Ph.D., dated May 6, 2019 |
| 81 | Declaration of Dr. Peyton McCrary, dated March 8, 2019 |
| 82 | Second Declaration of Dr. Peyton McCrary, dated May 6, 2019 |
| 83 | Preclearance Submission of Alabama Act No. 2011-518 (Chestnut Defense 0001-603) |
| 84 | State of Alabama Reapportionment Committee Guidelines for Congressional, Legislative, and State Board of Education Redistricting, May 2011 |
| 85 | Alabama Supreme Court Justice Tom Parker 2018 Campaign Ad – "Invasion" |
| 86 | Alabama Supreme Court Justice Tom Parker 2018 Campaign Ad – "Mob Rule" |
| 87 | Ala. Sec'y of State, Certified Gen. Election Results, Nov. 5, 2002 |
| 88 | Ala. Sec'y of State, Certified Gen. Election Results, Nov. 2, 2004 |
| 89 | Ala. Sec'y of State, Certified Gen. Election Results, Nov. 7, 2006 |
| 90 | Ala. Sec'y of State, Certified Gen. Election Results, Nov. 4, 2008 |
| 91 | Ala. Sec'y of State, Certified Gen. Election Results, Nov. 2, 2010 |
| 92 | Ala. Sec'y of State, Certified Gen. Election Results, Nov. 6, 2012 |

| Exhibit Number | Description |
|---|---|
| 93 | Ala. Sec'y of State, Certified Gen. Election Results, Nov. 4, 2014 |
| 94 | Ala. Sec'y of State, Certified Gen. Election Results, Nov. 8, 2016 |
| 95 | Ala. Sec'y of State, Certified Gen. Election Results, Nov. 6, 2018 |
| 96 | Defendant's Responses to Plaintiffs' First Set of Requests for Admission, dated July 22, 2019 |
| 97 | Defendant's Responses to Plaintiffs' First Set of Interrogatories, dated December 31, 2018 |
| 98 | Defendant's Responses to Plaintiffs' Second Set of Interrogatories, dated July 8, 2019 |
| 99 | Defendants' Initial Disclosures, dated January 11, 2019 |
| 100 | Defendants' Second Amended Initial Disclosures, dated July 18, 2019 |
| 101 | Historic Alabama Congressional Maps 1897-2011 (Chestnut Defense 1287-1297) |
| 102 | Historic Alabama Congressional Maps 1973-2013 (Chestnut Defense 1298-1302) |

## Exhibits[2] Plaintiffs May Offer

| Exhibit Number | Description |
|---|---|
| 103 | Assistant Attorney General William Bradford Reynolds Letters to Charles A. Graddick, May, 6, 1982, and August 2, 1982 |
| 104 | Assistant Attorney General John R. Dunne Letter to Jimmy Evans, March 27, 1992 |
| 105 | Assistant Attorney General Deval Patrick Letter to Jimmy Evans, April 14, 1994 |
| 106 | 1901 Alabama Constitution |
| 107 | Alabama Boswell Amendment, 1946 |
| 108 | Alabama Voter Qualification Amendment, 1951 |
| 109 | Alabama Anti-Single Shot Law, 1951 |
| 110 | Alabama Numbered-Place Requirement, Ala. Act 221 (1961) |
| 111 | "2 Minority 1" Plan Considered by Reapportionment Committee (Chestnut Defense 762-849) |
| 112 | "McClammy Congressional 4M 6-17-2011" Plan Considered by Reapportionment Committee (Chestnut Defense 1967-2061) |
| 113 | "McClammy Congress 2M" Plan Considered by Reapportionment Committee (Chestnut Defense 2062-2181) |
| 114 | "McClammy Congress PPB" Plan Considered by Reapportionment Committee (Chestnut Defense 2182-2197) |
| 115 | "McClammy Congress PPE" Plan Considered by Reapportionment Committee (Chestnut Defense 2198-2265) |
| 116 | "McClammy Congressional 3M" Plan Considered by Reapportionment Committee (Chestnut Defense 2266-2386) |
| 117 | "McClammy Congressional 4M" Plan Considered by Reapportionment Committee (Chestnut Defense 2387-2477) |

[2] Pursuant to Section 7(b)(1) of the Pretrial Order, ECF No. 79, Plaintiffs note that they intend to project and/or enlarge all exhibits (if offered) included in this list.

| Exhibit Number | Description |
|---|---|
| 118 | "McClammy Congressional B" Plan Considered by Reapportionment Committee (Chestnut Defense 2478-2540) |
| 119 | 2011 State Board of Education Districts |
| 120 | 2011 State Board of Education District Statistics Report |
| 121 | 2011 State Board of Education Population Report |
| 122 | 2011 State Board of Education Population Summary Report |
| 123 | 2011 State Board of Education Assigned District Splits by County |
| 124 | 2011 State Board of Education Assigned District Splits by VTD |
| 125 | Exhibit 2 from August 1, 2019 deposition of Douglas Johnson (U.S. Department of Justice Guidance Concerning Redistricting Under Section 5 of the Voting Rights Act) |
| 126 | Exhibit 3 from August 1, 2019 deposition of Douglas Johnson (OMB Bulletin No. 00-02 - Guidance on Aggregation and Allocation of Data on Race for Use in Civil Rights Monitoring and Enforcement) |
| 127 | Exhibit 4A from August 1, 2019 deposition of Douglas Johnson (Plaintiffs' Illustrative Plan 1) |
| 128 | Exhibit 4B from August 1, 2019 deposition of Douglas Johnson (Plaintiffs' Illustrative Plan 2) |

Plaintiffs reserve the right to proffer rebuttal exhibits, impeachment exhibits, and any exhibit identified by Defendant.

Dated:  October 15, 2019

Respectfully submitted,

By /s/ *Bruce Spiva*
Marc Erik Elias (admitted *pro hac vice*)
Bruce V. Spiva (admitted *pro hac vice*)
Uzoma N. Nkwonta (admitted *pro hac vice*)
Aria C. Branch (admitted *pro hac vice*)
Lalitha D. Madduri (admitted *pro hac vice*)
Daniel C. Osher (admitted *pro hac vice*)
**Perkins Coie LLP**
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 654-6338
Fax: (202) 654-9106
Email: MElias@perkinscoie.com
Email: BSpiva@perkinscoie.com
Email: UNkwonta@perkinscoie.com
Email: ABranch@perkinscoie.com
Email: LMaduri@perkinscoie.com
Email: DOsher@perkinscoie.com

Abha Khanna (admitted *pro hac vice*)
**Perkins Coie LLP**
1201 Third Avenue, Ste. 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000
Email: AKhanna@perkinscoie.com

Richard P. Rouco (AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
Email: rrouco@qcwdr.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019, I filed a copy of the foregoing

Plaintiffs' Exhibit List with the Clerk of the Court using the CM/ECF system,

which will send notification of such filing to all counsel of record.

*/s/ Bruce Spiva*
Bruce Spiva
**Perkins Coie LLP**
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 654-6338
Fax: (202) 654-9106
Email: BSpiva@perkinscoie.com