UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAKEISHA CHESTNUT, et al.           )<br>                                                            )<br>         Plaintiffs,                           )<br>                                                            )  Case No. 2:18-cv-00907-KOB<br>         v.                                        )<br>                                                            )<br>JOHN H. MERRILL, in his official    )<br>Capacity as Alabama Secretary of State  )<br>                                                            )<br>         Defendant.                          )  | |

**PLAINTIFFS' OBJECTION AND RESPONSE TO DEFENDANT'S WITNESS LIST AND DEPOSITION DESIGNATIONS**

Pursuant to Section 7(b) of the Court's Pretrial Order, ECF No. 79, and Section 2 of the Court's Standard Pretrial Procedures, Plaintiffs hereby provide notice of the following objection and response to Defendant's Witness List & Deposition Designations, ECF No. 87.

(1) **Objection**: Plaintiffs object to Defendant's use of deposition testimony of Former Representative Jo Bonner or Representative Bradley Byrne on the ground that there has been no showing that either witness is unavailable pursuant to Federal Rule of Civil Procedure 32(a)(4). Plaintiffs further object that the deposition designations constitute impermissible hearsay not subject to any exception. Fed. R. Evid. 802.

(2) **Counter-Designations**: Without waiving the objection above, if the Court admits Defendant's deposition designations, Plaintiffs hereby designate the following additional portions of both declarants' deposition transcripts:

**Bradley Byrne:**

- 22:9–21
- 24:3–5
- 26:4–12
- 27:8–15
- 30:19–31:21
- 37:6–13
- 56:3–16
- 59:19–60:17
- 76:4–21
- 77:10–20
- 79:8–80:15
- 82:18–83:10
- 86:9–87:22
- 87:17–88:17
- 89:22–90:6
- 93:6–94:2
- 94:9–16
- 96:16–20
- 98:12–99:13
- 100:3–101:8
- 101:22–102:17
- 103:1–17
- 108:19–109:5
- 109:18–22
- 110:6–16

**Jo Bonner**:

- 26:2–21
- 30:10–31:5

- 31:19–32:16
- 41:18–42:2
- 50:5–51:18
- 52:14–19
- 54:19–55:21
- 58:16–21
- 60:13–22
- 82:9–84:8
- 104:6–105:5
- 120:17–121:1
- 121:14–122:1
- 122:12–123:10
- 124:20–125:17
- 126:15–127:17
- 133:22–134:11
- 135:17–22
- 147:13–149:7
- 150:9–157:9
- 157:15–160:4
- 160:10–161:20

Dated:  October 24, 2019	Respectfully submitted,

By /s/ *Bruce V. Spiva*
Marc E. Elias (admitted *pro hac vice*)
Bruce V. Spiva (admitted *pro hac vice*)
Uzoma N. Nkwonta (admitted *pro hac vice*)
Aria C. Branch (admitted *pro hac vice*)
Lalitha D. Madduri (admitted *pro hac vice*)
Daniel C. Osher (admitted *pro hac vice*)
**Perkins Coie LLP**
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 654-6338
Fax: (202) 654-9106
Email: MElias@perkinscoie.com
Email: BSpiva@perkinscoie.com
Email: UNkwonta@perkinscoie.com
Email: ABranch@perkinscoie.com
Email: LMadduri@perkinscoie.com
Email: DOsher@perkinscoie.com

Abha Khanna (admitted *pro hac vice*)
**Perkins Coie LLP**
1201 Third Avenue, Ste. 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000
Email: AKhanna@perkinscoie.com

Richard P. Rouco (AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
Email: rrouco@qcwdr.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 24, 2019, I filed a copy of the foregoing Plaintiffs' Objection and Response to Defendant's Witness List and Deposition Designations with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        */s/ Bruce V. Spiva*
                                        Bruce V. Spiva
                                        **Perkins Coie LLP**
                                        700 13th St. N.W., Suite 600
                                        Washington, D.C. 20005-3960
                                        Phone: (202) 654-6338
                                        Fax: (202) 654-9106
                                        Email: BSpiva@perkinscoie.com