FILED

2019 Dec-04  PM 12:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

## PLAINTIFFS' EXHIBIT LIST

| NOT OFFERED | NUMBER | IDENTIFIED | | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS PLAINTIFF GOVERNMENT DEFENDANT COURT JOINT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | SUS | O/R | RES | SUS | O/R | | | |
| | 1 | Declaration of William S. Cooper ("Cooper Report"), dated March 8, 2019 (with revised Figure 18 as disclosed to Defendant on May 15, 2019) | | | | | | | | ✓ | 11/4 |
| | 2 | Exhibit A to Cooper Report (Summary of Redistricting Work) | | | | | | | | ✓ | 11/4 |
| | 3 | Exhibit B to Cooper Report (Methodology and Sources) | | | | | | | | ✓ | 11/4 |
| | 4 | Exhibit C-1 to Cooper Report (State-Produced 2011 SBOE Plan Map) | | | | | | | | ✓ | 11/7 |
| | 5 | Exhibit C-2 to Cooper Report (Population Summary Report of 2011 SBOE Plan) | | | | | | | | ✓ | |
| | 6 | Exhibit C-3 to Cooper Report (2011 SBOE Plan Map) | | | | | | | | ✓ | |
| | 7 | Exhibit C-4 to Cooper Report (Mobile County Under 2011 SBOE Plan) | | | | | | | | ✓ | |
| | 8 | Exhibit C-5 to Cooper Report (Jefferson County Under 2011 SBOE Plan) | | | | | | | | ✓ | |
| | 9 | Exhibit C-6 to Cooper Report (Montgomery County Under 2011 SBOE Plan) | | | | | | | | ✓ | |
| | 10 | Exhibit D to Cooper Report (2010 Alabama Population by County) | | | | | | | | ✓ | 11/4 |
| | 11 | Exhibit E to Cooper Report (2017 Alabama Population Estimates by County) | | | | | | | | ✓ | |
| | 12 | Exhibit F-1 to Cooper Report (2001 Plan Map) | | | | | | | | ✓ | 11/4 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13 | Exhibit F-2 to Cooper Report (Population Summary Report of 2001 Plan by District) | | | | ✓ | |
| 14 | Exhibit G-1 to Cooper Report (Population Summary Report of 2011 Plan by District) | | | | ✓ | |
| 15 | Exhibit G-2 to Cooper Report (2011 Plan Map) | | | | ✓ | 11/4, 11/6  11/7 |
| 16 | Exhibit G-3 to Cooper Report (Zoomed View of Each District Under 2011 Plan) | | | | ✓ | |
| 17 | Exhibit G-4 to Cooper Report (Montgomery County Under 2011 Plan) | | | | ✓ | 11/4 |
| 18 | Exhibit G-5 to Cooper Report (Jefferson County Under 2011 Plan) | | | | ✓ | |
| 19 | Exhibit G-6 to Cooper Report (County Split Report for 2011 Plan) | | | | ✓ | |
| 20 | Exhibit G-7 to Cooper Report (State-Produced 2011 Plan Map) | | | | ✓ | |
| 21 | Exhibit H-1 to Cooper Report (Population Summary Report of Illustrative Plan 1 by District) | | | | ✓ | |
| 22 | Exhibit H-2 to Cooper Report (Illustrative Plan 1 Map) | | | | ✓ | |
| 23 | Exhibit H-3 to Cooper Report (Zoomed View of Each District Under Illustrative Plan 1) | | | | ✓ | |
| 24 | Exhibit H-4 to Cooper Report (Mobile County Under Illustrative Plan 1) | | | | ✓ | |
| 25 | Exhibit H-5 to Cooper Report (Jefferson County Under Illustrative Plan 1) | | | | ✓ | |
| 26 | Exhibit H-6 to Cooper Report (County Split Report for Illustrative Plan 1) | | | | ✓ | |
| 27 | Exhibit I-1 to Cooper Report (Population Summary Report of Illustrative Plan 2 by District) | | | | ✓ | |
| 28 | Exhibit I-2 to Cooper Report (Illustrative Plan 2 Map) | | | | ✓ | |
| 29 | Exhibit I-3 to Cooper Report (Zoomed View of Each District Under Illustrative Plan 2) | | | | ✓ | |
| 30 | Exhibit I-4 to Cooper Report (Mobile County Under Illustrative Plan 2) | | | | ✓ | |
| 31 | Exhibit I-5 to Cooper Report (Jefferson County Under Illustrative Plan 2) | | | | ✓ | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 32 | Exhibit I-6 to Cooper Report (County Split Report for Illustrative Plan | 2) | | | | ✓ | |
| 33 | Exhibit J-1 to Cooper Report (Population Summary Report of Illustrative Plan 3 by District) (revised as disclosed by Plaintiffs on March 15, 2019) | | | | | ✓ | |
| 34 | Exhibit J-2 to Cooper Report (Illustrative Plan 3 Map) | | | | | ✓ | |
| 35 | Exhibit J-3 to Cooper Report (Zoomed View of Each District Under Illustrative Plan 3) | | | | | ✓ | |
| 36 | Exhibit J-4 to Cooper Report (Mobile County Under Illustrative Plan | 3) | | | | ✓ | |
| 37 | Exhibit J-5 to Cooper Report (Jefferson County Under Illustrative Plan 3) | | | | | ✓ | |
| 38 | Exhibit J-6 to Cooper Report (County Split Report for Illustrative Plan | 3) | | | | ✓ | |
| 39 | Exhibit K-1 to Cooper Report (Population Summary Report of Illustrative Plan 4 by District) (revised as disclosed by Plaintiffs on March 15, 2019) | | | | | ✓ | |
| 40 | Exhibit K-2 to Cooper Report (Illustrative Plan 4 Map) | | | | | ✓ | 11\4, 11\6, 11\7 |
| 41 | Exhibit K-3 to Cooper Report (Zoomed View of Each District Under Illustrative Plan 4) | | | | | ✓ | |
| 42 | Exhibit K-4 to Cooper Report (Mobile County Under Illustrative Plan 4) | | | | | ✓ | 11\4 |
| 43 | Exhibit K-5 to Cooper Report (Jefferson County Under Illustrative Plan 4) | | | | | ✓ | |
| 44 | Exhibit K-6 to Cooper Report (County Split Report for Illustrative Plan 4) | | | | | ✓ | ↑ |
| 45 | Exhibit L-1 to Cooper Report (Reock and Polsby-Popper Scores of 2011 and Illustrative Plans) | | | | | ✓ | 11\4 |
| 46 | Exhibit L-2 to Cooper Report (Polsby-Popper Scores of 2011 and Illustrative Plans) | | | | | ✓ | |
| 47 | Exhibit M-1 to Cooper Report (November 2018 Voter Registration by County) | | | | | ✓ | |
| 48 | Exhibit M-2 to Cooper Report (2010-2017 Population Change by County) (revised as disclosed to Defendant on May 17, 2019) | | | | | ✓ | |
| 49 | Exhibit N-1 to Cooper Report (Charts - 2017 American Community Survey 1-Year Estimates of Socio-Economic | | | | ✓ | | 11\4 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Data for Any Part African Americans and Non-Hispanic Whites in Alabama) | | | | ✓ | |
| | 50 | Exhibit N-2 to Cooper Report (Data - 2017 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Alabama) | | | | ✓ | |
| | 51 | Exhibit O-1 to Cooper Report (Charts - 2017 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Current CD 1) | | | | ✓ | |
| | 52 | Exhibit O-2 to Cooper Report (Data - 2017 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Current CD 1) | | | | ✓ | |
| | 53 | Exhibit P-1 to Cooper Report (Charts - 2017 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Current CD 2) | | | | ✓ | |
| | 54 | Exhibit P-2 to Cooper Report (Data - 2017 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Current CD 2) | | | | ✓ | |
| | 55 | Exhibit Q-1 to Cooper Report (Charts - 2017 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Current CD 3) | | | | ✓ | |
| | 56 | Exhibit Q-2 to Cooper Report (Data - 2017 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Current CD 3) | | | | ✓ | |
| | 57 | Exhibit R-1 to Cooper Report (Charts - 2017 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Current CD 7) | | | | ✓ | |
| | 58 | Exhibit R-2 to Cooper Report (Data - 2017 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Current CD 7) | | | | ✓ | |
| | 59 | Second Declaration of William S. Cooper ("Second Cooper Report"), dated May 6, 2019 | | | | ✓ | 11/4 |
| | 60 | Exhibit A-1 to Second Cooper Report (Population Summary Report of Revised Plan 1 by District) | | | | ✓ | 11/4 |
| | 61 | Exhibit A-2 to Second Cooper Report (Revised Plan 1 Map) | | | | ✓ | 11/4, 11/6  11/7 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 62 | Exhibit A-3 to Second Cooper Report (Zoomed View of Each District Under Revised Plan 1) | | | | ✓ | 11/6 |
| | 63 | Exhibit A-4 to Second Cooper Report (Mobile County Under Revised Plan 1) | | | | ✓ | 11/4 |
| | 64 | Exhibit A-5 to Second Cooper Report (Jefferson County Under Revised Plan 1) | | | | ✓ | |
| | 65 | Exhibit A-6 to Second Cooper Report (County Split Report for Revised Plan 1) | | | | ✓ | |
| | 66 | Exhibit B-1 to Second Cooper Report (Population Summary Report of Revised Plan 2 by District) | | | | ✓ | |
| | 67 | Exhibit B-2 to Second Cooper Report (Revised Plan 2 Map) | | | | ✓ | 11/4, 11/7 |
| | 68 | Exhibit B-3 to Second Cooper Report (Zoomed View of Each District Under Revised Plan 2) | | | | ✓ | |
| | 69 | Exhibit B-4 to Second Cooper Report (Mobile County Under Revised Plan 2) | | | | ✓ | 11/4 |
| | 70 | Exhibit B-5 to Second Cooper Report (Jefferson County Under Revised Plan 2) | | | | ✓ | |
| | 71 | Exhibit B-6 to Second Cooper Report (County Split Report for Revised Plan 2) | | | | ✓ | |
| | 72 | Exhibit C-1 to Second Cooper Report (Population Summary Report of Revised Plan 3 by District) | | | | ✓ | |
| | 73 | Exhibit C-2 to Second Cooper Report (Revised Plan 3 Map) | | | | ✓ | 11/4 |
| | 74 | Exhibit C-3 to Second Cooper Report (Zoomed View of Each District Under Revised Plan 3) | | | | ✓ | |
| | 75 | Exhibit C-4 to Second Cooper Report (Mobile County Under Revised Plan 3) | | | | ✓ | |
| | 76 | Exhibit C-5 to Second Cooper Report (Jefferson County Under Revised Plan 3) | | | | ✓ | |
| | 77 | Exhibit C-6 to Second Cooper Report (County Split Report for Revised Plan 3) | | | | ✓ | |
| | 78 | Exhibit D to Second Cooper Report (Population Summary Report of Hypothetical 2020 Plan) | | | | ✓ | |
| | 79 | Expert Report of Maxwell Palmer, Ph.D., dated March 8, 2019 | | | | ✓ | 11/4 |
| | 80 | Rebuttal Report of Maxwell Palmer, Ph.D., dated May 6, 2019 | | | | ✓ | 11/4 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 81 | Declaration of Dr. Peyton McCrary, dated March 8, 2019 | | | | | ✓ | 11/5 |
| 82 | Second Declaration of Dr. Peyton McCrary, dated May 6, 2019 | | | | | ✓ | 11/5 |
| 83 | Preclearance Submission of Alabama Act No. 2011-518 (Chestnut Defense 0001-603) | | | | | ✓ | |
| 84 | State of Alabama Reapportionment Committee Guidelines for Congressional, Legislative, and State Board of Education Redistricting, May 2011 | | | | | ✓ | 11/4 |
| 85 | Alabama Supreme Court Justice Tom Parker 2018 Campaign Ad – "Invasion" | | | | | ✓ | 11/5 |
| 86 | Alabama Supreme Court Justice Tom Parker 2018 Campaign Ad – "Mob Rule" | | | | | ✓ | 11/5 |
| 87 | Ala. Sec'y of State, Certified Gen. Election Results, Nov. 5, 2002 | | | | | ✓ | |
| 88 | Ala. Sec'y of State, Certified Gen. Election Results, Nov. 2, 2004 | | | | | ✓ | |
| 89 | Ala. Sec'y of State, Certified Gen. Election Results, Nov. 7, 2006 | | | | | ✓ | |
| 90 | Ala. Sec'y of State, Certified Gen. Election Results, Nov. 4, 2008 | | | | | ✓ | |
| 91 | Ala. Sec'y of State, Certified Gen. Election Results, Nov. 2, 2010 | | | | | ✓ | |
| 92 | Ala. Sec'y of State, Certified Gen. Election Results, Nov. 6, 2012 | | | | | ✓ | |
| 93 | Ala. Sec'y of State, Certified Gen. Election Results, Nov. 4, 2014 | | | | | ✓ | |
| 94 | Ala. Sec'y of State, Certified Gen. Election Results, Nov. 8, 2016 | | | | | ✓ | |
| 95 | Ala. Sec'y of State, Certified Gen. Election Results, Nov. 6, 2018 | | | | | ✓ | |
| 96 | Defendant's Responses to Plaintiffs' First Set of Requests for Admission, dated July 22, 2019 | | | | | ✓ | |
| 97 | Defendant's Responses to Plaintiffs' First Set of Interrogatories, dated December 31, 2018 | | | | | ✓ | |
| 98 | Defendant's Responses to Plaintiffs' Second Set of Interrogatories, dated July 8, 2019 | | | | | ✓ | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 99 | Defendants' Initial Disclosures, dated January 11, 2019 | | | | | ✓ | |
| 100 | Defendants' Second Amended Initial Disclosures, dated July 18, 2019 | | | | | ✓ | |
| 101 | Historic Alabama Congressional Maps 1897-2011 (Chestnut Defense 1287-1297) | | | | | ✓ | |
| 102 | Historic Alabama Congressional Maps 1973-2013 (Chestnut Defense 1298-1302) | | | | | ✓ | 11\7 |
| 103 | Assistant Attorney General William Bradford Reynolds Letters to Charles A. Graddick, May, 6, 1982, and August 2, 1982 | | | | | ✓ | |
| 104 | Assistant Attorney General John R. Dunne Letter to Jimmy Evans, March 27, 1992 | | | | | ✓ | 11\7 |
| 105 | Assistant Attorney General Deval Patrick Letter to Jimmy Evans, April 14, 1994 | | | | | ✓ | |
| 106 | 1901 Alabama Constitution | | | | | ✓ | |
| 107 | Alabama Boswell Amendment, 1946 | | | | | ✓ | |
| 108 | Alabama Voter Qualification Amendment, 1951 | | | | | ✓ | |
| 109 | Alabama Anti-Single Shot Law, 1951 | | | | | ✓ | |
| 110 | Alabama Numbered-Place Requirement, Ala. Act 221 (1961) | | | | | ✓ | |
| 111 | "2 Minority 1" Plan Considered by Reapportionment Committee (Chestnut Defense 762-849) | | | | | ✓ | |
| 112 | "McClammy Congressional 4M 6-17-2011" Plan Considered by Reapportionment Committee (Chestnut Defense 1967-2061) | | | | | ✓ | |
| 113 | "McClammy Congress 2M" Plan Considered by Reapportionment Committee (Chestnut Defense 2062-2181) | | | | | ✓ | |
| 114 | "McClammy Congress PPB" Plan Considered by Reapportionment Committee (Chestnut Defense 2182-2197) | | | | | ✓ | |
| 115 | "McClammy Congress PPE" Plan Considered by Reapportionment Committee (Chestnut Defense 2198-2265) | | | | | ✓ | |
| 116 | "McClammy Congressional 3M" Plan Considered by Reapportionment Committee (Chestnut Defense 2266-2386) | | | | ✓ | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 117 | "McClammy Congressional 4M" Plan Considered by Reapportionment Committee (Chestnut Defense 2387-2477) | | | | | ✓ | |
| 118 | "McClammy Congressional B" Plan Considered by Reapportionment Committee (Chestnut Defense 2478-2540) | | | | | ✓ | |
| 119 | 2011 State Board of Education Districts | | | | | ✓ | |
| 120 | 2011 State Board of Education District Statistics Report | | | | | ✓ | |
| 121 | 2011 State Board of Education Population Report | | | | | ✓ | |
| 122 | 2011 State Board of Education Population Summary Report | | | | | ✓ | |
| 123 | 2011 State Board of Education Assigned District Splits by County | | | | | ✓ | |
| 124 | 2011 State Board of Education Assigned District Splits by VTD | | | | | ✓ | |
| 125 | Exhibit 2 from August 1, 2019 deposition of Douglas Johnson (U.S. Department of Justice Guidance Concerning Redistricting Under Section 5 of the Voting Rights Act) | | | | | ✓ | |
| 126 | Exhibit 3 from August 1, 2019 deposition of Douglas Johnson (OMB Bulletin No. 00-02 - Guidance on Aggregation and Allocation of Data on Race for Use in Civil Rights Monitoring and Enforcement) | | | | | ✓ | |
| 127 | Exhibit 4A from August 1, 2019 deposition of Douglas Johnson (Plaintiffs' Illustrative Plan 1) | | | | | ✓ | |
| 128 | Exhibit 4B from August 1, 2019 deposition of Douglas Johnson (Plaintiffs' Illustrative Plan 2) | | | | | ✓ | |
| 129 | Rep. Sewell Statement on Congressional Redistricting Lawsuit | | | | | ✓ | 11/7 |
| 130 | House Resolution | | X | | | ✓ | 11/8 |
| 131 | Roll Call vote from Congressional Record | | X | | | ✓ | 11/9 |