## DEFEDANTS' EXHIBITS

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS  PLAINTIFF  GOVERNMENT  DEFENDANT  COURT  JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | |
| | 1 | Maps of Congressional Districts 1867-2011 (Bates 3017-3027) | | | | | | | √ | 11/6, 11/7 |
| | 2 | Alabama Congressional Maps 1973-2013 (Bates 3028-3032) | | | | | | | √ | 11/7 |
| | 3 | Preclearance submission of Ala. Act No. 2011-518 | | | | | | | √ | 11/5, 11/6 |
| | 4 | Legislative History of SB484/Act. No. 2041-518 | | | | | | | √ | |
| | 5 | Congressional District Pop. Changes 2001-2010 | | | | | | | √ | |
| | 6 | Map of Congressional District Plan | | | | | | | √ | |
| | 7 | Map of Congressional Districts from 1950 | | | | | | | √ | |
| | 8 | 2011 State Board of Education Map | | | | | | | √ | |
| | 9 | Cooper Exhibit 12 - 2011 Congressional Districts | | | | | | | √ | |
| | 10 | Map – 2010 McClendon Congressional Plan 1 | | | | | | | √ | |
| | 11 | Expert Report of M.V. Hood, III dated 04/22/09 with exhibits | | | | | | | √ | |
| | 12 | State of Alabama Mail-In Voter Registration Form | | | | | | | √ | |
| | 13 | Expert Report of Douglas Johnson dated 04/22/19 with exhibits | | | | | | | √ | |
| | 14 | Federal Register Vol 76, No. 27 dated 02/09/11, Part III – Department of Justice, Guidance Concerning Redistricting Under | | | | | | | √ | |

7681480.2

| NOT OFFERED | NUMBER | IDENTIFIED | | RULING ON OBJECTION (if any) | RULING ON REOFFER | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS PLAINTIFF GOVERNMENT DEFENDANT COURT JOINT |
|---|---|---|---|---|---|---|---|---|
| | | Section 5 of the Voting Rights Act; Notice | | | | | √ | |
| | 15 | Executive Office of the President, Office of Management and Budget OMB Bulletin No. 00-2 – Guidance on Aggregation and Allocation of Data on Race for Use in Civil Rights Monitoring and Enforcement 03/09/00 | | | | | √ | |
| | 16 | Map – 2010 McClendon Congressional Plan 1 | | | | | √ | |
| | 17 | Overton, Donna Declaration with exhibits | | | | | | |
| | 18 | Plan 1 Splits | | | | | | |
| | 19 | Plan 2 Splits | | | | | | |
| | 20 | Plan 3 Splits | | | | | | |
| | 21 | Plan 4 Splits | | | | | | |
| | 22 | [INTENTIONALLY LEFT BLANK] | | | | | | |
| | 23 | Listing of Congressional Plans Submitted to the Committee | | | | | | |
| | 24 | 2 MINORITY PLAN 1_All Districts Population Report.pdf | | | | | | |
| | 25 | 2 MINORITY PLAN 1_Assigned District Splits_COUNTY.pdf | | | | | | |
| | 26 | | | | | | | |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | RULING ON REOFFER | RECD. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>PLAINTIFF<br><br>GOVERNMENT<br><br>DEFENDANT<br><br>COURT<br><br>JOINT |
|---|---|---|---|---|---|---|---|
| | | 2 MINORITY PLAN 1_Assigned District Splits_PRECINCT.pdf | | | | | |
| | 27 | 2 MINORITY PLAN 1_District Compactness Report.pdf | | | | | |
| | 28 | 2 MINORITY PLAN 1_District Statistics Report.pdf | | | | | |
| | 29 | 2 MINORITY PLAN 1_MAP_Letter size.pdf | | | | | |
| | 30 | 2 MINORITY PLAN 1_Population Summary Report.pdf | | | | | |
| | 31 | 2 MINORITY PLAN 1_Unassigned Geographies Report.pdf | | | | | |
| | 32 | 4TH-5TH COMPROMISE_All Districts Population Report.pdf | | | | | |
| | 33 | 4TH-5TH COMPROMISE_Assigned District Splits_COUNTY.pdf | | | | | |
| | 34 | 4TH-5TH COMPROMISE_Assigned District Splits_PRECINCT.pdf | | | | | |
| | 35 | 4TH-5TH COMPROMISE_District Compactness Report.pdf | | | | | |
| | 36 | 4TH-5TH COMPROMISE_District Statistics Report.pdf | | | | | |
| | 37 | 4th-5th COMPROMISE_MAP_Letter Size.pdf | | | | | |
| | 38 | 4TH-5TH COMPROMISE_Population Summary Report.pdf | | | | | |
| | 39 | 4TH-5TH COMPROMISE_Unassigned Geographies Report.pdf | | | | | |

| NOT OFFERED | NUMBER | IDENTIFIED | | RULING ON OBJECTION (if any) | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>PLAINTIFF<br><br>GOVERNMENT<br><br>DEFENDANT<br><br>COURT<br><br>JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | 40 | ADERHOLT BROOKS CONGRESSIONAL_All Districts Population Report.pdf | | | | | | | | |
| | 41 | ADERHOLT BROOKS CONGRESSIONAL_Assigned District Splits_COUNTY.pdf | | | | | | | | |
| | 42 | ADERHOLT BROOKS CONGRESSIONAL_Assigned District Splits_PRECINCT.pdf | | | | | | | | |
| | 43 | ADERHOLT BROOKS CONGRESSIONAL_District Compactness Report.pdf | | | | | | | | |
| | 44 | ADERHOLT BROOKS CONGRESSIONAL_District Statistics Report.pdf | | | | | | | | |
| | 45 | ADERHOLT BROOKS CONGRESSIONAL_MAP_Letter Size.pdf | | | | | | | | |
| | 46 | ADERHOLT BROOKS CONGRESSIONAL_Population Summary Report.pdf | | | | | | | | |
| | 47 | ADERHOLT BROOKS CONGRESSIONAL_Unassigned Geographies Report.pdf | | | | | | | | |
| | 48 | ALLEN CONGRESSIONAL PLAN_All Districts Population Report.pdf | | | | | | | | |
| | 49 | ALLEN CONGRESSIONAL PLAN_Assigned District Splits_COUNTY.pdf | | | | | | | | |
| | 50 | ALLEN CONGRESSIONAL PLAN_Assigned District Splits_PRECINCT.pdf | | | | | | | | |
| | 51 | ALLEN CONGRESSIONAL PLAN_District Compactness Report.pdf | | | | | | | | |
| | 52 | ALLEN CONGRESSIONAL PLAN_District Statistics Report.pdf | | | | | | | | |
| | 53 | ALLEN CONGRESSIONAL PLAN_MAP_Letter Size.pdf | | | | | | | | |

| NOT OFFERED | NUMBER | IDENTIFIED | | RULING ON OBJECTION (if any) | | RULING ON REOFFER | RECD. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>PLAINTIFF<br>GOVERNMENT<br>DEFENDANT<br>COURT<br>JOINT |
|---|---|---|---|---|---|---|---|---|---|
| | 54 | ALLEN CONGRESSIONAL PLAN_Population Summary Report.pdf | | | | | | | |
| | 55 | ALLEN CONGRESSIONAL PLAN_Unassigned Geographies Report.pdf | | | | | | | |
| | 56 | ALLEN CONGRESSIONAL PLAN 4_All Districts Population Report.pdf | | | | | | | |
| | 57 | ALLEN CONGRESSIONAL PLAN 4_Assigned District Splits_COUNTY.pdf | | | | | | | |
| | 58 | ALLEN CONGRESSIONAL PLAN 4_Assigned District Splits_PRECINCT.pdf | | | | | | | |
| | 59 | ALLEN CONGRESSIONAL PLAN 4_District Compactness Report.pdf | | | | | | | |
| | 60 | ALLEN CONGRESSIONAL PLAN 4_District Statistics Report.pdf | | | | | | | |
| | 61 | ALLEN CONGRESSIONAL PLAN 4_MAP_Letter Size.pdf | | | | | | | |
| | 62 | ALLEN CONGRESSIONAL PLAN 4_Population Summary Report.pdf | | | | | | | |
| | 63 | ALLEN CONGRESSIONAL PLAN 4_Unassigned Geographies Report.pdf | | | | | | | |
| | 64 | ALLEN CONGRESSIONAL PLAN 5_All Districts Population Report.pdf | | | | | | | |
| | 65 | ALLEN CONGRESSIONAL PLAN 5_Assigned District Splits_COUNTY.pdf | | | | | | | |
| | 66 | ALLEN CONGRESSIONAL PLAN 5_Assigned District Splits_PRECINCT.pdf | | | | | | | |
| | 67 | ALLEN CONGRESSIONAL PLAN 5_District Compactness Report.pdf | | | | | | | |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | RULING ON REOFFER | RECD. COND. OR LTD. | RECEIVED | EXHIBITS  PLAINTIFF  GOVERNMENT  DEFENDANT  COURT  JOINT |
|---|---|---|---|---|---|---|---|---|
| | 68 | ALLEN CONGRESSIONAL PLAN 5_District Statistics Report.pdf | | | | | | |
| | 69 | ALLEN CONGRESSIONAL PLAN 5_MAP_Letter Size.pdf | | | | | | |
| | 70 | ALLEN CONGRESSIONAL PLAN 5_Population Summary Report.pdf | | | | | | |
| | 71 | ALLEN CONGRESSIONAL PLAN 5_Unassigned Geographies Report.pdf | | | | | | |
| | 72 | ALLEN CONGRESSIONAL PLAN 6_All Districts Population Report.pdf | | | | | | |
| | 73 | ALLEN CONGRESSIONAL PLAN 6_Assigned District Splits_COUNTY.pdf | | | | | | |
| | 74 | ALLEN CONGRESSIONAL PLAN 6_Assigned District Splits_PRECINCT.pdf | | | | | | |
| | 75 | ALLEN CONGRESSIONAL PLAN 6_District Compactness Report.pdf | | | | | | |
| | 76 | ALLEN CONGRESSIONAL PLAN 6_District Statistics Report.pdf | | | | | | |
| | 77 | ALLEN CONGRESSIONAL PLAN 6_MAP_Letter Size.pdf | | | | | | |
| | 78 | ALLEN CONGRESSIONAL PLAN 6_Population Summary Report.pdf | | | | | | |
| | 79 | ALLEN CONGRESSIONAL PLAN 6_Unassigned Geographies Report.pdf | | | | | | |
| | 80 | ALLEN CONGRESSIONAL PLAN 7_All Districts Population Report.pdf | | | | | | |
| | 81 | ALLEN CONGRESSIONAL PLAN 7_Assigned District Splits_COUNTY.pdf | | | | | | |

| N O T O F F E R E D | N U M B E R | I D E N T I F I E D | RULING ON OBJECTION (if any) | | RULING ON REOFFER | R E C D. C O N D. OR L T D. | R E C E I V E D | EXHIBITS PLAINTIFF GOVERNMENT DEFENDANT COURT JOINT |
|---|---|---|---|---|---|---|---|---|
| | 82 | ALLEN CONGRESSIONAL PLAN 7_Assigned District Splits_PRECINCT.pdf | | | | | | |
| | 83 | ALLEN CONGRESSIONAL PLAN 7_District Compactness Report.pdf | | | | | | |
| | 84 | ALLEN CONGRESSIONAL PLAN 7_District Statistics Report.pdf | | | | | 11/6 | |
| | 85 | ALLEN CONGRESSIONAL PLAN 7_MAPS_Letter Size.pdf | | | | | | |
| | 86 | ALLEN CONGRESSIONAL PLAN 7_Population SummaryReport.pdf | | | | | | |
| | 87 | ALLEN CONGRESSIONAL PLAN 7_Unassigned Geographies Report.pdf | | | | | | |
| | 88 | ALLEN CONGRESSIONAL PLAN MOD 1_All Districts Population Report.pdf | | | | | | |
| | 89 | ALLEN CONGRESSIONAL PLAN MOD 1_Assigned District Splits_COUNTY.pdf | | | | | | |
| | 90 | ALLEN CONGRESSIONAL PLAN MOD 1_Assigned District Splits_PRECINCT.pdf | | | | | | |
| | 91 | ALLEN CONGRESSIONAL PLAN MOD 1_District Compactness Report.pdf | | | | | | |
| | 92 | ALLEN CONGRESSIONAL PLAN MOD 1_District Statistics Report.pdf | | | | | | |
| | 93 | ALLEN CONGRESSIONAL PLAN MOD 1_MAP_Letter Size.pdf | | | | | | |
| | 94 | ALLEN CONGRESSIONAL PLAN MOD 1_Population Summary Report.pdf | | | | | | |
| | 95 | ALLEN CONGRESSIONAL PLAN MOD 1_Unassigned Geographies Report.pdf | | | | | | |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>PLAINTIFF<br><br>GOVERNMENT<br><br>DEFENDANT<br><br>COURT<br><br>JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | 96 | ALLEN CONGRESSIONAL PLAN MOD 2_All Districts Population Report.pdf | | | | | | | | |
| | 97 | ALLEN CONGRESSIONAL PLAN MOD 2_Assigned District Splits_COUNTY.pdf | | | | | | | | |
| | 98 | ALLEN CONGRESSIONAL PLAN MOD 2_Assigned District Splits_PRECINCT.pdf | | | | | | | | |
| | 99 | ALLEN CONGRESSIONAL PLAN MOD 2_District Compactness Report.pdf | | | | | | | | |
| | 100 | ALLEN CONGRESSIONAL PLAN MOD 2_District Statistics Report.pdf | | | | | | | | |
| | 101 | ALLEN CONGRESSIONAL PLAN MOD 2_MAP_Letter Size.pdf | | | | | | | | |
| | 102 | ALLEN CONGRESSIONAL PLAN MOD 2_Population Summary Report.pdf | | | | | | | | |
| | 103 | ALLEN CONGRESSIONAL PLAN MOD 2_Unassigned Geographies Report.pdf | | | | | | | | |
| | 104 | ALLEN CONGRESSIONAL PLAN MOD 3_All Districts Population Report.pdf | | | | | | | | |
| | 105 | ALLEN CONGRESSIONAL PLAN MOD 3_Assigned District Splits_COUNTY.pdf | | | | | | | | |
| | 106 | ALLEN CONGRESSIONAL PLAN MOD 3_Assigned District Splits_PRECINCT.pdf | | | | | | | | |
| | 107 | ALLEN CONGRESSIONAL PLAN MOD 3_District Compactness Report.pdf | | | | | | | | |
| | 108 | ALLEN CONGRESSIONAL PLAN MOD 3_District Statistics Report.pdf | | | | | | | | |
| | 109 | ALLEN CONGRESSIONAL PLAN MOD 3_MAP_Letter Size.pdf | | | | | | | | |

| NOT OFFERED | NUMBER | IDENTIFIED | | RULING ON OBJECTION (if any) | | RULING ON REOFFER | | REC D. COND. OR LTD. | RECEIVED | EXHIBITS  PLAINTIFF  GOVERNMENT  DEFENDANT  COURT  JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | 110 | ALLEN CONGRESSIONAL PLAN MOD 3_Population Summary Report.pdf | | | | | | | | |
| | 111 | ALLEN CONGRESSIONAL PLAN MOD 3_Unassigned Geographies Report.pdf | | | | | | | | |
| | 112 | ALLEN CONGRESSIONAL PLAN MOD 4_All Districts Population Report.pdf | | | | | | | | |
| | 113 | ALLEN CONGRESSIONAL PLAN MOD 4_Assigned District Splits_COUNTY.pdf | | | | | | | | |
| | 114 | ALLEN CONGRESSIONAL PLAN MOD 4_Assigned District Splits_PRECINCT.pdf | | | | | | | | |
| | 115 | ALLEN CONGRESSIONAL PLAN MOD 4_District Compactness Report.pdf | | | | | | | | |
| | 116 | ALLEN CONGRESSIONAL PLAN MOD 4_District Statistics Report.pdf | | | | | | | | |
| | 117 | ALLEN CONGRESSIONAL PLAN MOD 4_MAP_Letter Size.pdf | | | | | | | | |
| | 118 | ALLEN CONGRESSIONAL PLAN MOD 4_Population Summary Report.pdf | | | | | | | | |
| | 119 | ALLEN CONGRESSIONAL PLAN MOD 4_Unassigned Geographies Report.pdf | | | | | | | | |
| | 120 | ALLEN CONGRESSIONAL PLAN MOD 5_All Districts Population Report.pdf | | | | | | | | |
| | 121 | ALLEN CONGRESSIONAL PLAN MOD 5_Assigned District Splits_COUNTY.pdf | | | | | | | | |
| | 122 | ALLEN CONGRESSIONAL PLAN MOD 5_Assigned District Splits_PRECINCT.pdf | | | | | | | | |
| | 123 | ALLEN CONGRESSIONAL PLAN MOD 5_District Compactness Report.pdf | | | | | | | | |

| N O T   O F F E R E D | N U M B E R | I D E N T I F I E D | | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | R E C D.   C O N D.   OR   L T D. | R E C E I V E D | EXHIBITS<br><br>PLAINTIFF<br><br>GOVERNMENT<br><br>DEFENDANT<br><br>COURT<br><br>JOINT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 124 | ALLEN CONGRESSIONAL PLAN MOD 5_District Statistics Report.pdf | | | | | | | | | |
| | 125 | ALLEN CONGRESSIONAL PLAN MOD 5_MAP_Letter Size.pdf | | | | | | | | | |
| | 126 | ALLEN CONGRESSIONAL PLAN MOD 5_Population Summary Report.pdf | | | | | | | | | |
| | 127 | ALLEN CONGRESSIONAL PLAN MOD 5_Unassigned Geographies Report.pdf | | | | | | | | | |
| | 128 | ALLEN CONGRESSIONAL PLAN MOD 6_All Districts Population Report.pdf | | | | | | | | | |
| | 129 | ALLEN CONGRESSIONAL PLAN MOD 6_Assigned District Splits_COUNTY.pdf | | | | | | | | | |
| | 130 | ALLEN CONGRESSIONAL PLAN MOD 6_Assigned District Splits_PRECINCTS.pdf | | | | | | | | | |
| | 131 | ALLEN CONGRESSIONAL PLAN MOD 6_District Compactness Report.pdf | | | | | | | | | |
| | 132 | ALLEN CONGRESSIONAL PLAN MOD 6_District Statistics Report.pdf | | | | | | | | | |
| | 133 | ALLEN CONGRESSIONAL PLAN MOD 6_MAP_Letter Size.pdf | | | | | | | | | |
| | 134 | ALLEN CONGRESSIONAL PLAN MOD 6_Population Summary Report.pdf | | | | | | | | | |
| | 135 | ALLEN CONGRESSIONAL PLAN MOD 6_Unassigned Geographies Report.pdf | | | | | | | | | |
| | 136 | BEASON CONGRESSIONAL PLAN_All Districts Population Report.pdf | | | | | | | | | |
| | 137 | BEASON CONGRESSIONAL PLAN_Assigned District Splits_COUNTY.pdf | | | | | | | | | |

| NOT OFFERED | NUMBER | IDENTIFIED | | RULING ON OBJECTION (if any) | | RULING ON REOFFER | RECD. COND. OR LTD. | RECEIVED | EXHIBITS  PLAINTIFF  GOVERNMENT  DEFENDANT  COURT  JOINT |
|---|---|---|---|---|---|---|---|---|---|
| | 138 | BEASON CONGRESSIONAL PLAN_Assigned District Splits_PRECINCT.pdf | | | | | | | |
| | 139 | BEASON CONGRESSIONAL PLAN_District Compactness Report.pdf | | | | | | | |
| | 140 | BEASON CONGRESSIONAL PLAN_District Statistics Report.pdf | | | | | | | |
| | 141 | BEASON CONGRESSIONAL PLAN_MAP_Letter Size.pdf | | | | | | | |
| | 142 | BEASON CONGRESSIONAL PLAN_Population Summary Report.pdf | | | | | | | |
| | 143 | BEASON CONGRESSIONAL PLAN_Unassigned Geographies Report.pdf | | | | | | | |
| | 144 | BUSKEY CONGRESSIONAL PLAN_All Districts Population Report.pdf | | | | | | | |
| | 145 | BUSKEY CONGRESSIONAL PLAN_Assigned District Splits_COUNTY.pdf | | | | | | | |
| | 146 | BUSKEY CONGRESSIONAL PLAN_Assigned District Splits_PRECINCT.pdf | | | | | | | |
| | 147 | BUSKEY CONGRESSIONAL PLAN_District Compactness Report.pdf | | | | | | | |
| | 148 | BUSKEY CONGRESSIONAL PLAN_District Statistics Report.pdf | | | | | | | |
| | 149 | BUSKEY CONGRESSIONAL PLAN_MAP_Letter Size.pdf | | | | | | | |
| | 150 | BUSKEY CONGRESSIONAL PLAN_Population Summary Report.pdf | | | | | | | |
| | 151 | BUSKEY CONGRESSIONAL PLAN_Unassigned Geographies Report.pdf | | | | | | | |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | RULING ON REOFFER | | REC D. COND. OR L TD. | RECEIVED | EXHIBITS<br><br>PLAINTIFF<br><br>GOVERNMENT<br><br>DEFENDANT<br><br>COURT<br><br>JOINT |
|---|---|---|---|---|---|---|---|---|---|
| | 152 | GREER CONGRESSIONAL _Assigned District Splits_PRECINCT.pdf | | | | | | | |
| | 153 | GREER CONGRESSIONAL_All Districts Population Report.pdf | | | | | | | |
| | 154 | GREER CONGRESSIONAL_Assigned Districts Report_COUNTY.pdf | | | | | | | |
| | 155 | GREER CONGRESSIONAL_District Compactness Report.pdf | | | | | | | |
| | 156 | GREER CONGRESSIONAL_District Statistics Report.pdf | | | | | | | |
| | 157 | GREER CONGRESSIONAL_MAP_Letter Size.pdf | | | | | | | |
| | 158 | GREER CONGRESSIONAL_Population Summary Report.pdf | | | | | | | |
| | 159 | GREER CONGRESSIONAL_Unassigned Geographies Report.pdf | | | | | | | |
| | 160 | GREER CONGRESSIONAL 2_All Districts Report.pdf | | | | | | | |
| | 161 | GREER CONGRESSIONAL 2_Assigned District Splits_COUNTY.pdf | | | | | | | |
| | 162 | GREER CONGRESSIONAL 2_Assigned District Splits_PRECINCT.pdf | | | | | | | |
| | 163 | GREER CONGRESSIONAL 2_District Compactness Report.pdf | | | | | | | |
| | 164 | GREER CONGRESSIONAL 2_District Stats Report.pdf | | | | | | | |
| | 165 | GREER CONGRESSIONAL 2_MAP_Letter Size.pdf | | | | | | | |

| N O T  O F F E R E D | N U M B E R | I D E N T I F I E D | | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | R E C D.  C O N D.  OR  L T D. | R E C E I V E D | EXHIBITS<br><br>PLAINTIFF<br><br>GOVERNMENT<br><br>DEFENDANT<br><br>COURT<br><br>JOINT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 166 | GREER CONGRESSIONAL 2_Population Report.pdf | | | | | | | | | |
| | 167 | GREER CONGRESSIONAL 2_Unassigned Geographies Report.pdf | | | | | | | | | |
| | 168 | HAMMON PLAN 5.19.11_All Districts Population Report.pdf | | | | | | | | | |
| | 169 | HAMMON PLAN 5.19.11_Assigned District Splits_COUNTY.pdf | | | | | | | | | |
| | 170 | HAMMON PLAN 5.19.11_Assigned District Splits_PRECINCT.pdf | | | | | | | | | |
| | 171 | HAMMON PLAN 5.19.11_District Compactness Report.pdf | | | | | | | | | |
| | 172 | HAMMON PLAN 5.19.11_District Statistics Report.pdf | | | | | | | | | |
| | 173 | HAMMON PLAN 5.19.11_MAP_Letter Size.pdf | | | | | | | | | |
| | 174 | HAMMON PLAN 5.19.11_Population Summary Report.pdf | | | | | | | | | |
| | 175 | HAMMON PLAN 5.19.11_Unassigned Geographies Report.pdf | | | | | | | | | |
| | 176 | HUBBARD CONGR.CD2-5.rev2_All Districts Population Report.pdf | | | | | | | | | |
| | 177 | HUBBARD CONGR.CD2-5.rev2_Assigned District Splits_COUNTY.pdf | | | | | | | | | |
| | 178 | HUBBARD CONGR.CD2-5.rev2_District Compactness Report.pdf | | | | | | | | | |
| | 179 | HUBBARD CONGR.CD2-5.rev2_District Stats Report.pdf | | | | | | | | | |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | RECD. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>PLAINTIFF<br>GOVERNMENT<br>DEFENDANT<br>COURT<br>JOINT |
|---|---|---|---|---|---|---|---|---|---|
| | 180 | HUBBARD CONGR.CD2-5.rev2_MAP_Letter Size.pdf | | | | | | | |
| | 181 | HUBBARD CONGR.CD2-5.rev2_Population Summary Report.pdf | | | | | | | |
| | 182 | HUBBARD CONGR.CD2-5.rev2_Unassigned Geographies Report.pdf | | | | | | | |
| | 183 | McCLAMMY CONGRESSIONAL 4M 6.17.11_All Districts Population Report.pdf | | | | | | | |
| | 184 | McCLAMMY CONGRESSIONAL 4M 6.17.11_Assigned District Splits_COUNTY.pdf | | | | | | | |
| | 185 | McCLAMMY CONGRESSIONAL 4M 6.17.11_Assigned District Splits_PRECINCT.pdf | | | | | | | |
| | 186 | McCLAMMY CONGRESSIONAL 4M 6.17.11_District Compactness Report.pdf | | | | | | | |
| | 187 | McCLAMMY CONGRESSIONAL 4M 6.17.11_District Statistics Report.pdf | | | | | | | |
| | 188 | McCLAMMY CONGRESSIONAL 4M 6.17.11_MAP_Letter Size.pdf | | | | | | | |
| | 189 | McCLAMMY CONGRESSIONAL 4M 6.17.11_Population Summary Report.pdf | | | | | | | |
| | 190 | McCLAMMY CONGRESSIONAL 4M 6.17.11_Unassigned Geographies Report.pdf | | | | | | | |
| | 191 | McCLAMMY CONGRESS 2M_All Districts Population Report.pdf | | | | | | | |

| NOT OFFERED | NUMBER | IDENTIFIED | | RULING ON OBJECTION (if any) | | RULING ON REOFFER | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS PLAINTIFF GOVERNMENT DEFENDANT COURT JOINT |
|---|---|---|---|---|---|---|---|---|---|
| | 192 | McCLAMMY CONGRESS 2M_Assigned District Splits_COUNTY.pdf | | | | | | | |
| | 193 | McCLAMMY CONGRESS 2M_Assigned District Splits_PRECINCT.pdf | | | | | | | |
| | 194 | McCLAMMY CONGRESS 2M_District Compactness Report.pdf | | | | | | | |
| | 195 | McCLAMMY CONGRESS 2M_District Statistics Report.pdf | | | | | | | |
| | 196 | McCLAMMY CONGRESS 2M_MAP_Letter Size.pdf | | | | | | | |
| | 197 | McCLAMMY CONGRESS 2M_Population Summary Report.pdf | | | | | | | |
| | 198 | McCLAMMY CONGRESS 2M_Unassigned Geographies Report.pdf | | | | | | | |
| | 199 | McCLAMMY CONGRESS PPB_All Districts Population Report.pdf | | | | | | | |
| | 200 | McCLAMMY CONGRESS PPB_Assigned District Splits_County.pdf | | | | | | | |
| | 201 | McCLAMMY CONGRESS PPB_Assigned District Splits_PRECINCT.pdf | | | | | | | |
| | 202 | McCLAMMY CONGRESS PPB_District Compactness Report.pdf | | | | | | | |
| | 203 | McCLAMMY CONGRESS PPB_District Statistics Report.pdf | | | | | | | |
| | 204 | McCLAMMY CONGRESS PPB_MAP_Letter Size.pdf | | | | | | | |
| | 205 | McCLAMMY CONGRESS PPB_Population Summary Report.pdf | | | | | | | |

| N O T  O F F E R E D | N U M B E R | I D E N T I F I E D | | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | R E C D.  C O N D.  OR  L T D. | R E C E I V E D | EXHIBITS  PLAINTIFF  GOVERNMENT  DEFENDANT  COURT  JOINT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 206 | McCLAMMY CONGRESS PPB_Unassigned Geographies Report.pdf | | | | | | | | | |
| | 207 | McCLAMMY CONGRESS PPB_All Districts Population Report.pdf | | | | | | | | | |
| | 208 | McCLAMMY CONGRESS PPB_Assigned District Splits_COUNTY.pdf | | | | | | | | | |
| | 209 | McCLAMMY CONGRESS PPB_Assigned District Splits_PRECINCT.pdf | | | | | | | | | |
| | 210 | McCLAMMY CONGRESS PPB_District Compactness Report.pdf | | | | | | | | | |
| | 211 | McCLAMMY CONGRESS PPB_District Statistics Report.pdf | | | | | | | | | |
| | 212 | McCLAMMY CONGRESS PPB_Unassigned Geographies Report.pdf | | | | | | | | | |
| | 213 | McCLAMMY CONGRESS PPE_MAP_Letter Size.pdf | | | | | | | | | |
| | 214 | McCLAMMY CONGRESS PPE_Population Summary Report.pdf | | | | | | | | | |
| | 215 | McCLAMMY CONGRESIONAL 3M_MAP_Letter Size.pdf | | | | | | | | | |
| | 216 | McCLAMMY CONGRESSIONAL 3M_All Districts Population Report.pdf | | | | | | | | | |
| | 217 | McCLAMMY CONGRESSIONAL 3M_Assigned District Splits_County.pdf | | | | | | | | | |
| | 218 | McCLAMMY CONGRESSIONAL 3M_Assigned District Splits_PRECINCT.pdf | | | | | | | | | |
| | 219 | | | | | | | | | | |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | RULING ON REOFFER | RECD. COND. OR LTD. | RECEIVED | EXHIBITS  PLAINTIFF  GOVERNMENT  DEFENDANT  COURT  JOINT |
|---|---|---|---|---|---|---|---|
| | | McCLAMMY CONGRESSIONAL 3M_District Compactness Report.pdf | | | | | |
| | 220 | McCLAMMY CONGRESSIONAL 3M_District Statistics Report.pdf | | | | | |
| | 221 | McCLAMMY CONGRESSIONAL 3M_Population Summary Report.pdf | | | | | |
| | 222 | McCLAMMY CONGRESSIONAL 3M_Unassigned Geographies Report.pdf | | | | | |
| | 223 | McCLAMMY CONGRESSIONAL 4M_All Districts Population Report.pdf | | | | | |
| | 224 | McCLAMMY CONGRESSIONAL 4M_Assigned District Splits_COUNTY.pdf | | | | | |
| | 225 | McCLAMMY CONGRESSIONAL 4M_Assigned District Splits_PRECINCT.pdf | | | | | |
| | 226 | McCLAMMY CONGRESSIONAL 4M_District Compactness Report.pdf | | | | | |
| | 227 | McCLAMMY CONGRESSIONAL 4M_District Statistics Report.pdf | | | | | |
| | 228 | McCLAMMY CONGRESSIONAL 4M_MAP_Letter Size.pdf | | | | | |
| | 229 | McCLAMMY CONGRESSIONAL 4M_Population Summary Report.pdf | | | | | |
| | 230 | | | | | | |

| NOT OFFERED | NUMBER | IDENTIFIED | | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS PLAINTIFF GOVERNMENT DEFENDANT COURT JOINT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | McCLAMMY CONGRESSIONAL 4M_Unassigned Geographies Report.pdf | | | | | | | | | |
| | 231 | McCLAMMY CONGRESSIONAL B_All Districts Population Report.pdf | | | | | | | | | |
| | 232 | McCLAMMY CONGRESSIONAL B_Assigned District Splits_COUNTY.pdf | | | | | | | | | |
| | 233 | McCLAMMY CONGRESSIONAL B_Assigned District Splits_PRECINCT.pdf | | | | | | | | | |
| | 234 | McCLAMMY CONGRESSIONAL B_District Compactness Report.pdf | | | | | | | | | |
| | 235 | McCLAMMY CONGRESSIONAL B_District Statistics Report.pdf | | | | | | | | | |
| | 236 | McCLAMMY CONGRESSIONAL B_MAP_Letter Size.pdf | | | | | | | | | |
| | 237 | McCLAMMY CONGRESSIONAL B_Population Summary Report.pdf | | | | | | | | | |
| | 238 | McCLAMMY CONGRESSIONAL B_Unassigned Geographies Report.pdf | | | | | | | | | |
| | 239 | McCLENDON CONGRESSIONAL 1_All Districts Population Report.pdf | | | | | | | | | |
| | 240 | McCLENDON CONGRESSIONAL 1_Assigned District Splits_COUNTY.pdf | | | | | | | | | |
| | 241 | McCLENDON CONGRESSIONAL 1_Assigned District Splits_PRECINCT.pdf | | | | | | | | | |

| NOT OFFERED | NUMBER | IDENTIFIED | | RULING ON OBJECTION (if any) | | RULING ON REOFFER | RECD. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>PLAINTIFF<br><br>GOVERNMENT<br><br>DEFENDANT<br><br>COURT<br><br>JOINT |
|---|---|---|---|---|---|---|---|---|---|
| | 242 | McCLENDON CONGRESSIONAL 1_District Compactness Report.pdf | | | | | | | |
| | 243 | McCLENDON CONGRESSIONAL 1_District Statistics Report.pdf | | | | | | | |
| | 244 | McCLENDON CONGRESSIONAL 1_MAP_Letter Size.pdf | | | | | | | |
| | 245 | McCLENDON CONGRESSIONAL 1_Population Summary Report.pdf | | | | | | | |
| | 246 | McCLENDON CONGRESSIONAL 1_Unassigned Geographies Report.pdf | | | | | | | |
| | 247 | POOLE CONGRESSIONAL PLAN 1_All Districts Population Report.pdf | | | | | | | |
| | 248 | POOLE CONGRESSIONAL PLAN 1_Assigned District Splits_COUNTY.pdf | | | | | | | |
| | 249 | POOLE CONGRESSIONAL PLAN 1_Assigned District Splits_PRECINCT.pdf | | | | | | | |
| | 250 | POOLE CONGRESSIONAL PLAN 1_District Compactness Report.pdf | | | | | | | |
| | 251 | POOLE CONGRESSIONAL PLAN 1_District Statistics Report.pdf | | | | | | | |
| | 252 | POOLE CONGRESSIONAL PLAN 1_MAP_Letter Size.pdf | | | | | | | |
| | 253 | POOLE CONGRESSIONAL PLAN 1_Population Summary Report.pdf | | | | | | | |
| | 254 | POOLE CONGRESSIONAL PLAN 1_Unassigned Geographies Report.pdf | | | | | | | |
| | 255 | | | | | | | | |

| NOT OFFERED | NUMBER | IDENTIFIED | | RULING ON OBJECTION (if any) | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>PLAINTIFF<br><br>GOVERNMENT<br><br>DEFENDANT<br><br>COURT<br><br>JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | POOLE CONGRESSIONAL PLAN 2_All Districts Population Report.pdf | | | | | | | | |
| | 256 | POOLE CONGRESSIONAL PLAN 2_Assigned District Splits_COUNTY.pdf | | | | | | | | |
| | 257 | POOLE CONGRESSIONAL PLAN 2_Assigned District Splits_PRECINCT.pdf | | | | | | | | |
| | 258 | POOLE CONGRESSIONAL PLAN 2_District Compactness Report.pdf | | | | | | | | |
| | 259 | POOLE CONGRESSIONAL PLAN 2_District Statistics Report.pdf | | | | | | | | |
| | 260 | POOLE CONGRESSIONAL PLAN 2_MAP_Letter Size.pdf | | | | | | | | |
| | 261 | POOLE CONGRESSIONAL PLAN 2_Population Summary Report.pdf | | | | | | | | |
| | 262 | POOLE CONGRESSIONAL PLAN 2_Unassigned Geographies Report.pdf | | | | | | | | |
| | 263 | POOLE CONGRESSIONAL PLAN 3_All Districts Population Report.pdf | | | | | | | | |
| | 264 | POOLE CONGRESSIONAL PLAN 3_Assigned District Splits_COUNTY.pdf | | | | | | | | |
| | 265 | POOLE CONGRESSIONAL PLAN 3_Assigned District Splits_PRECINCT.pdf | | | | | | | | |
| | 266 | POOLE CONGRESSIONAL PLAN 3_District Compactness Report.pdf | | | | | | | | |
| | 267 | POOLE CONGRESSIONAL PLAN 3_District Statistics Report.pdf | | | | | | | | |
| | 268 | POOLE CONGRESSIONAL PLAN 3_MAP_Letter Size.pdf | | | | | | | | |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | RULING ON REOFFER | | REC D. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>PLAINTIFF<br>GOVERNMENT<br>DEFENDANT<br>COURT<br>JOINT |
|---|---|---|---|---|---|---|---|---|---|
| | 269 | POOLE CONGRESSIONAL PLAN 3_Population Summary Report.pdf | | | | | | | |
| | 270 | POOLE CONGRESSIONAL PLAN 3_Unassigned Geographies Report.pdf | | | | | | | |
| | 271 | POOLE CONGRESSIONAL PLAN 4_All Districts Population Report.pdf | | | | | | | |
| | 272 | POOLE CONGRESSIONAL PLAN 4_Assigned District Splits_County.pdf | | | | | | | |
| | 273 | POOLE CONGRESSIONAL PLAN 4_Assigned District Splits_PRECINCT.pdf | | | | | | | |
| | 274 | POOLE CONGRESSIONAL PLAN 4_District Compactness Report.pdf | | | | | | | |
| | 275 | POOLE CONGRESSIONAL PLAN 4_District Statistics Report.pdf | | | | | | | |
| | 276 | POOLE CONGRESSIONAL PLAN 4_MAP_Letter Size.pdf | | | | | | | |
| | 277 | POOLE CONGRESSIONAL PLAN 4_Population Summary Report.pdf | | | | | | | |
| | 278 | POOLE CONGRESSIONAL PLAN 4_Unassigned Geographies Report.pdf | | | | | | | |
| | 279 | POOLE HUBBARD CONG_All Districts Population Report.pdf | | | | | | | |
| | 280 | POOLE HUBBARD CONG_Assigned District Splits_COUNTY.pdf | | | | | | | |
| | 281 | POOLE HUBBARD CONG_Assigned District Splits_PRECINCT.pdf | | | | | | | |
| | 282 | POOLE HUBBARD CONG_District Compactness Report.pdf | | | | | | | |

| NOT OFFERED | NUMBER | IDENTIFIED | | RULING ON OBJECTION (if any) | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS PLAINTIFF GOVERNMENT DEFENDANT COURT JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | 283 | POOLE HUBBARD CONG_District Statistics Report.pdf | | | | | | | | |
| | 284 | POOLE HUBBARD CONG_MAP_Letter Size.pdf | | | | | | | | |
| | 285 | POOLE HUBBARD CONG_Population Summary Report.pdf | | | | | | | | |
| | 286 | POOLE HUBBARD CONG_Unassigned Geographies Report.pdf | | | | | | | | |
| | 287 | STATE CONGRESSIONAL 1_All Districts Population Report.pdf | | | | | | | | |
| | 288 | STATE CONGRESSIONAL 1_Assigned District Splits_COUNTY.pdf | | | | | | | | |
| | 289 | STATE CONGRESSIONAL 1_District Compactness Report.pdf | | | | | | | | |
| | 290 | STATE CONGRESSIONAL 1_District Statistics Report.pdf | | | | | | | | |
| | 291 | STATE CONGRESSIONAL 1_MAP_Letter Size.pdf | | | | | | | | |
| | 292 | STATE CONGRESSIONAL 1_Population Summary Report.pdf | | | | | | | | |
| | 293 | STATE CONGRESSIONAL 1_Unassigned Geographies Report.pdf | | | | | | | | |
| | 294 | STATE CONGRESSIONAL 1_Assigned District Splits_PRECINCT.pdf | | | | | | | | |
| | 295 | TAYLOR CONGRESSIONAL PLAN_All Districts Population Report.pdf | | | | | | | | |
| | 296 | TAYLOR CONGRESSIONAL PLAN_Assigned District Splits_COUNTY.pdf | | | | | | | | |

| NOT OFFERED | NUMBER | IDENTIFIED | | RULING ON OBJECTION (if any) | | RULING ON REOFFER | | REC D. COND. OR LTD. | RECEIVED | EXHIBITS PLAINTIFF GOVERNMENT DEFENDANT COURT JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | 297 | TAYLOR CONGRESSIONAL PLAN_Assigned District Splits_PRECINCT.pdf | | | | | | | | |
| | 298 | TAYLOR CONGRESSIONAL PLAN_District Compactness Report.pdf | | | | | | | | |
| | 299 | TAYLOR CONGRESSIONAL PLAN_District Statistics Report.pdf | | | | | | | | |
| | 300 | TAYLOR CONGRESSIONAL PLAN_MAP_Letter Size.pdf | | | | | | | | |
| | 301 | TAYLOR CONGRESSIONAL PLAN_Population Summary Report.pdf | | | | | | | | |
| | 302 | TAYLOR CONGRESSIONAL PLAN_Unassigned Geographies Report.pdf | | | | | | | | |
| | 303 | AL Highway map marked by cooper | | | | | | ✓ | 11/4 | |
| | 313 | testimony from hrg Karen Jones | | | | | | ✓ | 11/4 | |