**Defendant's Exhibit 001**
Case 2:18-cv-00907-KOB    Document 114-1    Filed 12/04/19    Page 1 of 12

FILED
2019 Dec-04  PM 01:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

## 2011 Congressional Districts



**Chestnut Defense 3017**

# 2002 Congressional Districts



2002 Congressional Districts 1-30-02
1/31/02 11:32 AM

Chestnut Defense 3018



1992 Congressional

ALABAMA



ALABAMA
CONGRESSIONAL DISTRICTS
1980

Chestnut Defense 3019.1

1970
ALABAMA'S CONGRESSIONAL DISTRICTS



Chestnut Defense 3020



Congressional Districts 1964

ALABAMA

Act # 21
August 19, 1964
CONGRESS

Chestnut Defense 3021



Congressional Districts 1950

ALABAMA'S
CONGRESSIONAL DISTRICTS

CONGRESSIONAL DISTRICT LINES
COUNTY LINES
2    DISTRICT NUMBERS

Chestnut Defense 3022



Chestnut Defense 3023

CONGRESSIONAL DISTRICTS
Feb. 14, 1901 — Mar. 4, 1917



ALABAMA

● Not created.

No. 453        AN ACT            H. 1171
To detatch the county of Hale from the ninth
congressional district of Alabama, and attatch
it to the sixth congressional district.

Acts of Alabama, 1900–01
Page 1156.

W. Letford,
Archives & History.
June 20, 1961.

CONGRESSIONAL DISTRICTS
Feb. 13, 1891 — Feb. 14, 1901



ALABAMA

287        AN ACT        H. 1073
To divide the State of Alabama into Nine
Congressional Districts
Approved Feb. 13, 1891.

Acts of Alabama, 1890 –91
Page 627

● Not created.

W. Letford
Archives & History
June 20, 1961

Chestnut Defense 3025



CONGRESSIONAL DISTRICTS
FEB. 13, 1875 – Feb. 13, 1891

ALABAMA

No. 25        AN ACT
To divide the State into eight Congressional
Districts.

Acts of Alabama, 1874-75
Page 115.

W. Letford
Archives & History
June 20, 1961

Cullman County added to 7th Congressional
District by Act No. 44, Approved 2/10/83

Chestnut Defense 3026

CONGRESSIONAL DISTRICTS
UNDER CONSTITUTION OF 1867



ALABAMA

○ Not created

ARTICLE III
CONGRESSIONAL DISTRICTS

§34 (31) SIX DISTRICTS

Code of Alabama, 1867
Page 100

W. Letford
Archives & History
June 20, 1961.

Chestnut Defense 3027