**Defendant's Exhibit 002**
Case 2:18-cv-00907-KOB    Document 114-2    Filed 12/04/19    Page 1 of 5

FILED
2019 Dec-04 PM 01:31
U.S. DISTRICT COURT
N.D. OF ALABAMA



United States Congressional Districts in Alabama: 1973 – 1982
Data source: http://cdmaps.polisci.ucla.edu, *Digital Boundary Definitions of United States Congressional Districts, 1789 – 2012.*

Chestnut Defense 3028



United States Congressional Districts in Alabama: 1983 – 1992
Data source: http://cdmaps.polisci.ucla.edu, *Digital Boundary Definitions of United States Congressional Districts, 1789 – 2012.*

Chestnut Defense 3029



United States Congressional Districts in Alabama: 1993 – 2002
Data source: http://cdmaps.polisci.ucla.edu, *Digital Boundary Definitions of United States Congressional Districts, 1789 – 2012.*

Chestnut Defense 3030



United States Congressional Districts in Alabama: 2003 – 2013
Data source: http://cdmaps.polisci.ucla.edu, *Digital Boundary Definitions of United States Congressional Districts, 1789 – 2012.*

Chestnut Defense 3031



United States Congressional Districts in Alabama: Since 2013
Source: http://cdmaps.polisci.ucla.edu, *Digital Boundary Definitions of United States Congressional Districts, 1789 – 2012.*

Chestnut Defense 3032