**Defendant's Exhibit 004**
Case 2:18-cv-00907-KOB   Document 114-3   Filed 12/04/19   Page 1 of 5

FILED
2019 Dec-04 PM 01:32
U.S. DISTRICT COURT
N.D. OF ALABAMA
Page 1 of 5

**SB484**  *Act # 2011-518*

Regular Session 2011

**Sponsor: Dial**

Congress, redistricting, pursuant to 2010 federal census, Sec. 17-14-70 repealed and reenacted (2011-21173)

| Calendar Date | Body | Amd/Sub | Matter | Committee | Nay | Yea | Abstain | Vote |
|---|---|---|---|---|---|---|---|---|
| 05/24/2011 | S | | Read for the first time and referred to the Senate committee on Governmental Affairs | GA | | | | |
| 05/25/2011 | S | | Read for the second time and placed on the calendar | | 1 | 6 | 3 | |
| 05/26/2011 | S | | Third Reading Carried Over | | | | | |
| 05/26/2011 | S | 132252-1 | Singleton first Substitute Offered | *Busby Cong. Plan* | | | | |
| 05/26/2011 | S | | Dial motion to Table adopted Roll Call 786 | | | | | Roll 786 |
| 05/26/2011 | S | 132363-1 | Allen first Substitute Offered | *Allen Congressional Plan* | | | | |
| 05/26/2011 | S | | Dial motion to Table lost Roll Call 787 | | | | | Roll 787 |
| 05/26/2011 | S | | Motion to Carry Over Temporarily adopted Roll Call 789 | | | | | Roll 789 |
| 05/26/2011 | S | | Third Reading Passed | | | | | |
| 05/26/2011 | S | | Further consideration of Allen Substitute. | | | | | |
| 05/26/2011 | S | 132252-1 | Singleton substitute for Allend Substitute Offered. | *Busby Cong Plan* | | | | |

http://alisondb.legislature.state.al.us/alison/SESSBillResultPrint.aspx

Chestnut Defense 0678

| Date | Chamber | | Action | Notes | Roll |
|---|---|---|---|---|---|
| 05/26/2011 | S | | Rules petition to cease debate adopted Roll Call 795. | | Roll 795 |
| 05/26/2011 | S | | Dial Tabled Singleton substitute to Allen substitute Roll Call 796. | | Roll 796 |
| 05/26/2011 | S | 152374-1 | Beason Substitute for the Allen Substitute Offered.. | Beason Sub | |
| 05/26/2011 | S | | Beason Substitute adopted Roll Call 797. | | Roll 797 |
| 05/26/2011 | S | | Allen substitute, as amended, adopted Roll Call 798. | Allen Congressional | Roll 798 |
| 05/26/2011 | S | | Motion to Read a Third Time and Pass as amended adopted Roll Call 799. | | Roll 799 |
| 05/26/2011 | S | | Engrossed | | |
| 05/26/2011 | H | | Read for the first time and referred to the House of Representatives committee on Constitution, Campaigns and Elections | CC&E | |
| 05/31/2011 | H | | Read for the second time and placed on the calendar with 1 substitute and | | |
| 06/01/2011 | H | | Third Reading Passed | | |
| 06/01/2011 | H | 131616-3 | Constitution, Campaigns and Elections first Substitute Offered | Hamm Plan | |

| Date | Chamber | Bill ID | Action | Notes | Roll |
|---|---|---|---|---|---|
| 06/01/2011 | H | | Motion to Adopt adopted Roll Call 1035 | | Roll 1035 |
| 06/01/2011 | H | 131718-1 | Buskey first Substitute Offered | Buskey Cong. Plan | |
| 06/01/2011 | H | | McClendon motion to Table adopted Roll Call 1036 | | Roll 1036 |
| 06/01/2011 | H | 132481-1 | Knight first Substitute Offered | - McClammy - 2M | |
| 06/01/2011 | H | | McClendon motion to Table adopted Roll Call 1037 | | Roll 1037 |
| 06/01/2011 | H | 132473-1 | McClammy first Substitute Offered | McClammy Cong Plan  PPB | |
| 06/01/2011 | H | | McClendon motion to Table adopted Roll Call 1038 | | Roll 1038 |
| 06/01/2011 | H | 132663-1 | Hubbard (J) first Substitute Offered | Hubbard. Congr. cd2-5-rev 2 | |
| 06/01/2011 | H | | McClendon motion to Table adopted Roll Call 1039 | | Roll 1039 |
| 06/01/2011 | H | 132596-1 | Poole Substitute Offered | Poole Cong Plan. 4 | |
| 06/01/2011 | H | | McClendon motion to Table adopted Roll Call 1040 | | Roll 1040 |
| 06/01/2011 | H | | Todd, Hall intended to vote "Nay" | | |
| 06/01/2011 | H | | Motion to Read a Third Time and Pass adopted Roll Call 1041 | | Roll 1041 |
| 06/01/2011 | H | | Jackson intended to vote "Nay" | | |

| Date | Chamber | | Action | Roll |
|---|---|---|---|---|
| 06/02/2011 | S | | Motion to Miscellaneous adopted Roll Call 943 | Roll 943 |
| 06/02/2011 | S | | Concurrence Requested | |
| 06/02/2011 | S | | Marsh motion to Non Concur and Appoint Conference Committee adopted Roll Call 944 Senate appts. Singleton, Dial and Beason | Roll 944 |
| 06/02/2011 | S | 132821-1 LRS2011-21173 | Conference Committee on SB484 2011RS first Substitute Offered | |
| 06/02/2011 | H | | McClendon motion to Accede adopted Roll Call 1090 House appoints McClendon, Davis and Knight | Roll 1090 |
| 06/02/2011 | S | | Conference Committee Appointed | |
| 06/02/2011 | S | | Conference Report | |
| 06/02/2011 | H | | Conference Committee Requested | |
| 06/02/2011 | S | | Motion to Concur In and Adopt adopted Roll Call 1029 | Roll 1029 |
| 06/02/2011 | H | | Conference Report Concurrence Requested | |
| 06/02/2011 | H | | McClendon motion to Concur In and Adopt offered | |
| 06/02/2011 | H | | Oden substitute motion to Non Concur and Appoint | |

http://alisondb.legislature.state.al.us/alison/SESSBillResultPrint.aspx

Chestnut Defense 0681

| | | | | |
|---|---|---|---|---|
| | | | Conference Committee offered | |
| 06/02/2011 | H | | McClendon motion to Table adopted Roll Call 1129 | Roll 1129 |
| 06/02/2011 | H | | Thomas substitute motion to Non Concur tabled | |
| 06/02/2011 | H | | McClendon motion to Table adopted Roll Call 1130 | Roll 1130 |
| 06/02/2011 | H | | Galliher motion to remove from table Oden substitute motion to nonconcur and appoint conference committee lost Roll Call 1131 | Roll 1131 |
| 06/02/2011 | H | | Holmes motion to Suspend Rules lost Roll Call 1132 | Roll 1132 |
| 06/02/2011 | H | | Oden motion to Suspend Rules lost Roll Call 1133 | Roll 1133 |
| 06/02/2011 | H | . | McClendon motion to Concur In and Adopt adopted Roll Call 1134 | Roll 1134 |
| 06/02/2011 | S | | Concurred in Conference Report | |
| 06/02/2011 | S | | Enrolled | |
| 06/02/2011 | H | | Signature Requested | |
| | S | | Delivered to Governor at 8:35 p.m. on June 2, 2011 | |
| | S | | Assigned Act No. 2011-518. | |

**Chestnut Defense 0682**