**Defendant's Exhibit 005**
Case 2:18-cv-00907-KOB    Document 114-4    Filed 12/04/19    Page 1 of 1

FILED
2019 Dec-04 PM 01:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

## Congressional Districts

|  | 2010 Total Pop. | 2000 Total Pop. | Difference | 2010 Ideal Pop. | Adjustment |
|---|---|---|---|---|---|
| District 1 | 687,841 | 635,300 | +52,541 | 682,819 | -5,022 |
| District 2 | 673,877 | 635,300 | +38,577 | 682,819 | +8,942 |
| District 3 | 681,298 | 635,300 | +45,998 | 682,819 | +1,521 |
| District 4 | 660,162 | 635,300 | +24,862 | 682,819 | +22,657 |
| District 5 | 718,724 | 635,300 | +83,424 | 682,819 | -35,905 |
| District 6 | 754,482 | 635,300 | +119,182 | 682,819 | -71,663 |
| District 7 | 603,352 | 635,300 | -31,948 | 682,819 | +79,467 |

*A total of 3 additional people will be needed for the population to equal 4,779,736—Alabama's total population.