

Alabama -- U.S. House, 2011 Plan