**Defendant's Exhibit 007**
Case 2:18-cv-00907-KOB   Document 114-6   Filed 12/04/19   Page 1 of 1

FILED
2019 Dec-04 PM 01:33
U.S. DISTRICT COURT
N.D. OF ALABAMA





Chestnut Defense 1292