Defendant's Exhibit 017
Case 2:18-cv-00907-KOB   Document 114-8   Filed 12/04/19   Page 1 of 17

FILED
2019 Dec-04 PM 01:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

LAKEISHA CHESTNUT, et al.,       )
                                 )
    Plaintiffs,                  )
                                 )
vs.                              )   CASE NO. 2:18-CV-00907-KOB
                                 )
JOHN H. MERRILL, etc.,           )
                                 )
    Defendants.                  )

## DECLARATION OF DONNA OVERTON

1. My name is Donna Overton. I am a resident citizen of Prattville, Alabama and over the age of majority. I have personal knowledge of the facts set forth in this declaration, which are true and correct to the best of my knowledge.

2. The Legislative Reapportionment Office was established by Act 90-388 which became effective on January 1, 1991. The purpose of the office is to study policy, legal, and technical issues to prepare for the redistricting process for the State of Alabama; and to prepare for and develop proposed redistricting plans to be passed by the Legislature and signed by the Governor. Before *Shelby County v. Holder*, 570 U.S. 529 (2013), was decided, the Office also assisted with the preparation of submissions under Section 5 of the Voting Rights Act to the U.S. Justice Department for preclearance.

3. The Legislative Reapportionment Office operates under the supervision of the Joint Legislative Reapportionment Committee, the Secretary of the Senate, and the Clerk of the House of Representatives.

260696.3

4. Established in 1990, the Joint Legislative Reapportionment Committee prepares and develops redistricting plans for the State following the release of each decennial census by the U.S. Census Bureau. When the Legislature is involved in redistricting, the Committee consists of eleven members each from the House of Representatives and the Senate. When redistricting is not in process, membership decreases to three members from each house.

5. The Legislative Reapportionment Office serves as the link between the United States Census Bureau and the Alabama Legislature. The Office provides technical assistance in drawing legislative and congressional district plans and serves as custodian for census population and redistricting data for the State of Alabama. In addition to providing redistricting information to Legislators, the Reapportionment Office provides technical assistance to local governments in drawing county commission, city council, and school board district plans.

6. I began working in the Legislature's Reapportionment Office in 1998. In 2015 I was appointed Supervisor of the Reapportionment Office. As Supervisor, I direct the activities of the Office.

7. Exhibit A identifies the members of the Reapportionment Committee in 2011.

8. Exhibit B identifies congressional redistricting plans prepared by various members of the Legislature in preparation for redrawing Alabama's Congressional districts in 2011, following the release of the 2010 Census. Each of these plans would have been prepared by a Legislator working with

Reapportionment Office staff using the Office's redistricting software and 2010 Census data. In some instances, the initial drawing of a plan may be done outside the Reapportionment Office, but a plan must be imported to the Office's redistricting system before it can by introduced as a bill.

9. Legislator's plans are confidential until the authoring Legislator releases them for preparation as a bill or otherwise makes them public. Until then, such a plan may be viewed only by the authoring Legislator, Reapportionment Office staff members, and any person specifically designated by the authoring Legislator to see the plan. In addition, the existence of the plan and its details may not be discussed by members of the Reapportionment Office with anyone except the authoring Legislator without that person's express authorization.

10. Exhibit B also identifies the documents and electronic files maintained by the Reapportionment Office for each plan, and includes true and accurate copies of those documents. The electronic files have been given to counsel for the State in the *Chestnut* case for production.

11. Exhibit C is the Legislative history of SB484, the bill that ultimately was enacted as Alabama's congressional districts for 2011 to 2021. The handwritten annotations on Exhibit C were made by me after SB484 was enacted as a contemporaneous record of the substitute plans that were offered when SB484 was under consideration in the Legislature.

21. [redacted]
22. [redacted]

260696.3

1  ███████████████████████████████████
2  ███████████████████████████████████
3  ███████████████████████████████████
4  ███████████████████████████████████
5  ███████████████████████████████████
6  ███████████████████████████████████
7  ███████████████████████████████████

8   I declare under penalty of perjury that the foregoing is true and correct to
9 the best of my knowledge.

10   Executed on this 15th day of October, 2019.

11

12                                                                                     *Donna Overton* (signature)
13                                                                                      Donna Overton

260696.3

# Exhibit A

## PERMANENT LEGISLATIVE COMMITTEE ON REAPPORTIONMENT
## 2011-2014 QUADRENNIUM

| District | Senator | Representative |
|---|---|---|
| 1st Congressional District | Senator Trip Pittman<br>23950 Main Street<br>Montrose, AL 36559<br>Bus: (251) 621-0535<br>State House Room 730, (334-242-7897)<br>E-mail: trip.pittman@alsenate.gov | Representative Randy Davis<br>6590 Thompson Lane<br>Daphne, AL 36526<br>Home: (251) 709-5619<br>State House Room 205-C, (334-242-7724)<br>E-mail: randy.davis@alhouse.gov |
| 2nd Congressional District | Senator Jimmy Holley<br>4212 County Road 364<br>Elba, AL 36323<br>State House Room 732, (334-242-7845)<br>E-mail: jimmy.holley@alsenate.gov | Representative Steve Clouse<br>206 East Broad Street<br>Ozark, AL 36360<br>State House Room 218-A (334-242-7717)<br>E-mail: steve.clouse@alhouse.gov |
| 3rd Congressional District | Senator Gerald Dial<br>89757 Hwy. 9, N.<br>Lineville, AL 36266<br>State House Room 732, (334-242-7874)<br>E-mail: gerald.dial@alsenate.gov | Representative Barbara Boyd<br>2222 McDaniel Avenue<br>Anniston, AL 36201<br>Home: (256) 236-7423<br>State House Room 537-E, (334-242-7692)<br>E-mail: Barbara.boyd@alhouse.gov |
| 4th Congressional District | Senator Clay Scofield<br>2122 Nesith Road<br>Guntersville, AL 35976<br>State House Room 731, (334-242-7876)<br>E-mail: clay.scofield@alsenate.gov | Representative Craig Ford<br>171 Fair Oaks Street<br>Gadsden, AL 35901<br>Home: (256) 547-2727<br>State House Room 517-F (334-242-7690)<br>E-mail: craig.ford@alhouse.gov |
| 5th Congressional District | Senator Bill Holtzclaw<br>103 Radisson Lane<br>Madison, AL 35758<br>State House Room 731, (334-242-7854)<br>E-mail: bill.holtzclaw@alsenate.gov | Representative Lynn Greer<br>20 Spring Street<br>Rogersville, AL 35652<br>State House Room 527-A, (334-242-7576)<br>E-mail: lynn.greer@alhouse.gov |
| 6th Congressional District | Senator Cam Ward<br>124 Newgate Road<br>Alabaster, Al 35007<br>State House Room 719, (334-242-7873)<br>E-mail: cam.ward@alsenate.gov | Representative Jim McClendon<br>361 Jones Road<br>Springville, AL 35146<br>State House Room 207-A, (334-242-7768)<br>E-mail: jim.mcclendon@alhouse.gov |
| 7th Congressional District | Senator Linda Coleman<br>926 Chinchona Drive<br>Birmingham, AL 35214<br>State House Room 735, (334-242-7864)<br>E-mail: linda.coleman@alhouse.gov | Representative Ralph Howard<br>P.O. Box 360<br>Greensboro, AL 36744<br>State House Room 525-B, (334-242-7759)<br>E-mail: raoph.howard@alhouse.gov |
| At Large | Senator Gerald Allen<br>8200 Old Hargrove Road East<br>Cottondale, AL 35453<br>State House Room 729, (334-242-7889)<br>E-mail: Gerald.allen@alsenate.gov | Representative George Bandy<br>1307A Glenn Circle<br>Opelika, AL 36801<br>Home: (334) 749-0051<br>State House Room 529, (334-242-7721)<br>E-mail: George.bandy@alhouse.gov |
| At Large | Senator Vivian Davis Figures<br>2054 Clemente Ct.<br>Mobile, AL 36617<br>State House Room 736, (334-242-7871)<br>E-mail: Vivian.figures@alsenate.gov | Representative Micky Hammon<br>1344 East Upper River Road<br>Decatur, AL 35603<br>State House Room 223, (334-242-7709)<br>E-mail: micky.hammon@alhouse.gov |
| At Large | Senator Arthur Orr<br>4305 Autumn Leaves Trail SE<br>Decatur, AL 35603<br>State House Room 730, (334-242-7891)<br>E-mail: Arthur.orr@alsenate.gov | Representative Mike Hill<br>21321 Highway 25<br>Columbiana, AL 35051<br>State House Room 208, (334-242-7715)<br>E-mail: Michael.hill@alhouse.gov |
| At Large | Senator Bryan Taylor<br>2490 Eastood Blvd.<br>Prattville, AL 36066<br>State House Room 733, (334-242-7883)<br>E-mail: bryan.taylor@alsenate.gov | Representative Jamie Ison<br>57 Byrnes Blvd.<br>Mobile, AL 36608<br>Bus: (251) 208-5480<br>Bus Fax: (251) 208-5492<br>State House Room 526-F, (334-242-7711)<br>E-mail: Jamie.ison@alhouse.gov |

# Exhibit B

| 1 | 2 Minority Plan 1 | 2 MINORITY PLAN 1_District Statistics Re... <br> 2 MINORITY PLAN 1_MAP_Letter size <br> 2 MINORITY PLAN 1_Population Summa... <br> 2_Minority_Plan_1 <br> 2_Minority_Plan_1_Text File |
|---|---|---|
| 2 | 4th-5th Compromise | 4th-5th COMPROMISE_MAP_Letter Size <br> 4th-5th_Compromise <br> 4th-5th_Compromise_TEXT FILE |
| 3 | Aderholt Brooks Congressional | Aderholt_Brooks_Congressional |
| 4 | Allen Congressional Plan | Allen_Congressional_Plan <br> Allen_Congressional_Plan_TEXT FILE |
| 5 | Allen Congressional Plan 4 | Allen_Congressional_Plan_4 <br> Allen_Congressional_Plan_4_TEXT FILE |
| 6 | Allen Congressional Plan 5 | Allen_Congressional_Plan_5 <br> Allen_Congressional_Plan_5_TEXT FILE |
| 7 | Allen Congressional Plan 6 | allan_congressional_plan_6 <br> allan_congressional_plan_6_TEXT FILE |
| 8 | Allen Congressional Plan 7 | Allen_Congressional_Plan_7 <br> Allen_Congressional_Plan_7_TEXT FILE |
| 9 | Allen Congressional Plan Mod 1 | Allen_Congressional_Plan_Mod_1 |
| 10 | Allen Congressional Plan Mod 2 | Allen_Congressional_Plan_Mod_2 |
| 11 | Allen Congressional Plan Mod 3 | Allen_Congressional_Plan_Mod_3 |
| 12 | Allen Congressional Plan Mod 4 | Allen_Congressional_Plan_Mod_4 |

| | | |
|---|---|---|
| 13 | Allen Congressional Plan Mod 5 | Allen_Congressional_Plan_Mod_5<br>Allen_Congressional_Plan_Mod_5 |
| 14 | Allen Congressional Plan Mod 6 | Allen_Congressional_Plan_Mod_6<br>Allen_Congressional_Plan_Mod_6 |
| 15 | Beason Congressional Plan | Beason_Congressional_Plan<br>Beason_Congressional_Plan_TEXT FILE |
| 16 | Buskey Congressional Plan | Buskey_Congressional_Plan<br>Buskey_Congressional_Plan_TEXT FILE |
| 17 | Greer Congressional | GREER CONGRESSIONAL_MAP_Letter Size<br>Greer_s_congressional_plan<br>Greer_s_congressional_plan_TEXTFILE |
| 28 | Greer Congressional 2 | GREER CONGRESSIONAL 2_MAP_Letter S...<br>GREER CONGRESSIONAL 2_Population R...<br>GREER CONGRESSIONAL 2_TEXT FILE<br>greer_congressional_2 Shape |
| 19 | Hammon Plan 5.19.11 | HAMMON PLAN 5.19.11_MAP_Letter Size<br>Hammon_Plan_5_19_11<br>Hammon_Plan_5_19_11_TEXT FILE |
| 20 | Hubbard Congr.CD2-5.rev2 | This folder is empty. |
| 21 | McClammy Congress 2M | McCLAMMY CONGRESS 2M_MAP_Letter...<br>McClammy_Congress_2M<br>McClammy_Congress_2M |
| 22 | McClammy Congress PPB | McCLAMMY CONGRESS PPB_MAP_Lette...<br>McClammy_Congress_PPB<br>McClammy_Congress_PPB |

2

| 23 | McClammy Congress PPE | McCLAMMY CONGRESS PPE_MAP_Lette... <br> McClammy_Congress_PPE <br> McClammy_Congress_PPE_TEXT FILE |
|---|---|---|
| 24 | McClammy Congressional 3M | McClammy_Congressional_3M <br> McClammy_Congressional_3M |
| 25 | McClammy Congressional 4M | McClammy_Congressional_4M <br> McClammy_Congressional_4M_TEXT FILE |
| 26 | McClammy Congressional 4M 6.17.2001 | This folder is empty. |
| 27 | McClammy Congressional B | McClammy_Congressional_B <br> McClammy_Congressional_B_TEXT FILE |
| 28 | McClammy Congressional 1 | McClendon_Congressional_1 <br> McClendon_Congressional_1 |
| 29 | Poole Congressional Plan 1 | Poole_Congressional_Plan_1 <br> Poole_Congressional_Plan_1_TEXT FILE |
| 30 | Poole Congressional Plan 2 | Poole_Congressional_Plan_2 <br> Poole_Congressional_Plan_2_text file |
| 31 | Poole Congressional Plan 3 | Poole_Congressional_Plan_3 <br> Poole_Congressional_Plan_3_TEXT FILE |
| 32 | Poole Congressional Plan 4 | Poole_Congressional_Plan_4 <br> Poole_Congressional_Plan_4 |
| 33 | Poole Hubbard Congressional Plan | POOLE HUBBARD CONG_MAP_Letter Size <br> Poole-Hubbard_cong <br> Poole-Hubbard_cong |

| 34 | State Congressional 1 | STATE CONGRESSIONAL 1_MAP_Letter S... <br> STATE_CONGRESSIONAL_1 <br> STATE_CONGRESSIONAL_1_TEXT FILE |
|----|----------------------|--------------------------------------------------------------------------------------------------------|
| 35 | Taylor Congressional Plan | Taylor_Congressional_Plan <br> Taylor_Congressional_Plan_TEXT FILE |

4

# Exhibit C




**SB484**

Regular Session 2011

**Sponsor: Dial**

Congress, redistricting, pursuant to 2010 federal census, Sec. 17-14-70 repealed and reenacted (2011-21173)

| Calendar Date | Body | Amd/Sub | Matter | Committee | Nay | Yea | Abstain | Vote |
|---|---|---|---|---|---|---|---|---|
| 05/24/2011 | S | | Read for the first time and referred to the Senate committee on Governmental Affairs | GA | | | | |
| 05/25/2011 | S | | Read for the second time and placed on the calendar | | 1 | 6 | 3 | |
| 05/26/2011 | S | | Third Reading Carried Over | | | | | |
| 05/26/2011 | S | 132252-1 | Singleton first Substitute Offered | Busby Cong. Plan | | | | |
| 05/26/2011 | S | | Dial motion to Table adopted Roll Call 786 | | | | | Roll 786 |
| 05/26/2011 | S | 132363-1 | Allen first Substitute Offered | Allen Congressional Plan | | | | |
| 05/26/2011 | S | | Dial motion to Table lost Roll Call 787 | | | | | Roll 787 |
| 05/26/2011 | S | | Motion to Carry Over Temporarily adopted Roll Call 789 | | | | | Roll 789 |
| 05/26/2011 | S | | Third Reading Passed | | | | | |
| 05/26/2011 | S | | Further consideration of Allen Substitute. | | | | | |
| 05/26/2011 | S | 132252-1 | Singleton substitute for Allend Substitute Offered. | Busby Cong Plan | | | | |

http://alisondb.legislature.state.al.us/alison/SESSBillResultPrint.aspx

| Date | Chamber | Amendment | Action | Note | Roll |
|---|---|---|---|---|---|
| 05/26/2011 | S | | Rules petition to cease debate adopted Roll Call 795. | | Roll 795 |
| 05/26/2011 | S | | Dial Tabled Singleton substitute to Allen substitute Roll Call 796. | | Roll 796 |
| 05/26/2011 | S | 132374-1 | Beason Substitute for the Allen Substitute Offered.. | Beason Sub | |
| 05/26/2011 | S | | Beason Substitute adopted Roll Call 797. | | Roll 797 |
| 05/26/2011 | S | | Allen substitute, as amended, adopted Roll Call 798. | Allen Congressional | Roll 798 |
| 05/26/2011 | S | | Motion to Read a Third Time and Pass as amended adopted Roll Call 799. | | Roll 799 |
| 05/26/2011 | S | | Engrossed | | |
| 05/26/2011 | H | | Read for the first time and referred to the House of Representatives committee on Constitution, Campaigns and Elections | CC&E | |
| 05/31/2011 | H | | Read for the second time and placed on the calendar with 1 substitute and | | |
| 06/01/2011 | H | | Third Reading Passed | | |
| 06/01/2011 | H | 131616-3 | Constitution, Campaigns and Elections first Substitute Offered | Hammon plan | |

| | | | | | |
|---|---|---|---|---|---|
| 06/01/2011 | H | | Motion to Adopt adopted Roll Call 1035 | | Roll 1035 |
| 06/01/2011 | H | 131718-1 | Buskey first Substitute Offered | *Buskey Cong Plan* | |
| 06/01/2011 | H | | McClendon motion to Table adopted Roll Call 1036 | | Roll 1036 |
| 06/01/2011 | H | 132481-1 | Knight first Substitute Offered | *- McClammy - JM* | |
| 06/01/2011 | H | | McClendon motion to Table adopted Roll Call 1037 | | Roll 1037 |
| 06/01/2011 | H | 132473-1 | McClammy first Substitute Offered | *McClammy Cong Plan   PPB* | |
| 06/01/2011 | H | | McClendon motion to Table adopted Roll Call 1038 | | Roll 1038 |
| 06/01/2011 | H | 132663-1 | Hubbard (J) first Substitute Offered | *Hubbard. Cngr. Cd2-5-rev2* | |
| 06/01/2011 | H | | McClendon motion to Table adopted Roll Call 1039 | | Roll 1039 |
| 06/01/2011 | H | 132596-1 | Poole Substitute Offered | *Poole Cong Plan. 4* | |
| 06/01/2011 | H | | McClendon motion to Table adopted Roll Call 1040 | | Roll 1040 |
| 06/01/2011 | H | | Todd, Hall intended to vote "Nay" | | |
| 06/01/2011 | H | | Motion to Read a Third Time and Pass adopted Roll Call 1041 | | Roll 1041 |
| 06/01/2011 | H | | Jackson intended to vote "Nay" | | |

| Date | Chamber | | Action | Roll |
|---|---|---|---|---|
| 06/02/2011 | S | | Motion to Miscellaneous adopted Roll Call 943 | Roll 943 |
| 06/02/2011 | S | | Concurrence Requested | |
| 06/02/2011 | S | | Marsh motion to Non Concur and Appoint Conference Committee adopted Roll Call 944 Senate appts. Singleton, Dial and Beason | Roll 944 |
| 06/02/2011 | S | *132821-1* *LRS2011-21173* | Conference Committee on SB484 2011RS first Substitute Offered | |
| 06/02/2011 | H | | McClendon motion to Accede adopted Roll Call 1090 House appoints McClendon, Davis and Knight | Roll 1090 |
| 06/02/2011 | S | | Conference Committee Appointed | |
| 06/02/2011 | S | | Conference Report | |
| 06/02/2011 | H | | Conference Committee Requested | |
| 06/02/2011 | S | | Motion to Concur In and Adopt adopted Roll Call 1029 | Roll 1029 |
| 06/02/2011 | H | | Conference Report Concurrence Requested | |
| 06/02/2011 | H | | McClendon motion to Concur In and Adopt offered | |
| 06/02/2011 | H | | Oden substitute motion to Non Concur and Appoint | |

| Date | Chamber | Action | Roll |
|---|---|---|---|
| | | Conference Committee offered | |
| 06/02/2011 | H | McClendon motion to Table adopted Roll Call 1129 | Roll 1129 |
| 06/02/2011 | H | Thomas substitute motion to Non Concur tabled | |
| 06/02/2011 | H | McClendon motion to Table adopted Roll Call 1130 | Roll 1130 |
| 06/02/2011 | H | Galliher motion to remove from table Oden substitute motion to nonconcur and appoint conference committee lost Roll Call 1131 | Roll 1131 |
| 06/02/2011 | H | Holmes motion to Suspend Rules lost Roll Call 1132 | Roll 1132 |
| 06/02/2011 | H | Oden motion to Suspend Rules lost Roll Call 1133 | Roll 1133 |
| 06/02/2011 | H | McClendon motion to Concur in and Adopt adopted Roll Call 1134 | Roll 1134 |
| 06/02/2011 | S | Concurred in Conference Report | |
| 06/02/2011 | S | Enrolled | |
| 06/02/2011 | H | Signature Requested | |
| | S | Delivered to Governor at 8:35 p.m. on June 2, 2011 | |
| | S | Assigned Act No. 2011-518. | |