FILED
2019 Dec-04 PM 01:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Preclearance Submission of Alabama Act No. 2011-518

# Exhibit H-6

## Transcript of Public Hearing Selma May 13, 2011

Chestnut Defense 0388

Reapportionment Public Hearing, Selma, AL May 13 2011                          Page 1 of 14

THE PERMANENT JOINT LEGISLATIVE COMMITTEE ON REAPPORTIONMENT MAY 13, 2011

6:30 P.M. SELMA, ALABAMA

THE FOLLOWING PUBLIC HEARING was taken before Shannon P. Yost, Certified Court Reporter and Commissioner for the State of Alabama at Large, at the St. James Hotel, 1200 Water Avenue, Ballroom A, Selma, Alabama, on the 13th day of May, 2011, commencing at 6:30 p.m. CST.

APPEARANCES:

REPRESENTATIVE JIM MCCLENDON, CHAIRMAN ATTORNEY DORMAN WALKER, HEARING OFFICER NUMEROUS PUBLIC MEMBERS

EXHIBIT INDEX

Exhibit Page 1 Public sign-in sheet 49 2 Public sign-in sheet 49

MR. MCCLENDON: Everybody, we -- I guess you can -- can you hear me okay back there? Can that little guy hear me?

UNIDENTIFIED SPEAKER: Oh, yeah.

MR. MCCLENDON: Okay. My name is Jim McClendon. I'm in the Legislature. I represent -- the biggest part of my district is St. Clair County. I represent a part of Shelby County. That's House District 50. I am the House Chair of the Reapportionment or Redistricting Committee. The Senate has a Chair -- a Co-Chair, which is Senator Gerald Dial.

We have been around the state on regional hearings. Our -- our job is to get input from you all. So those of you that wish to speak, sign up, and we'll call your name out, or our hearing officer, Mr. Dorman Walker, will call your name out. If -- once we get through that list, if there's still anyone here that has -- wants to make a statement or ask a question, you will be given the opportunity to do that.

I would like to recognize our elected officials, and I have to start with Representative David Melton, my partner. Wave your hand, now. Let everybody see you're here.

Tom -- Tom Headley, who is a candidate for City Council, and George Evans. What are you?

MAYOR EVANS: Mayor of Selma.

MR. MCCLENDON: Well, I'm glad to meet you, Mr. Mayor. It's such an honor. Thank you for having us.

Lowell, Lowell Sewell.

MS. SEWELL: I must have signed in on the wrong...

MR. MCCLENDON: Well, we're proud to have you.

Let's see. What have I got? Willard Scott. Where did you go? There you are, right there.

Chestnut Defense 0389

MR. SCOTT: Yeah, representing Congresswoman Sewell.

MR. MCCLENDON: Yeah. He -- he works for Congresswoman Sewell.

UNIDENTIFIED SPEAKER: Councilwoman Crenshaw did not sign in on that form.

MR. MCCLENDON: That's right. Ms. Crenshaw, I met her when she came in bright and early, front row seat. Not a Baptist.

COUNCILWOMAN CRENSHAW: Not at all. Presbyterian.

MR. MCCLENDON: Presbyterian. All right.

Our job is -- is to listen to you all. Just -- just remember that. Now, we don't -- there are no plans. There will be plans next week. The Legislature went into a two-week recess, and we did that to try to avoid a special session later on in the summer. The taxpayers foot the bill for the session, and it's estimated -- I hear all kinds of numbers, but it's in the hundreds of thousands of dollars for a special session. So we took a two-week recess.

The first week -- this is the first week of the two weeks. We're gathering information. We've been to Montgomery, Birmingham -- let's see -- Huntsville, Mobile, Troy, and Selma's our last regional. So that's six of those.

Next week, we'll have one more that's a statewide meeting in Montgomery. At which time, we will have taken the information that we have received from around the state, come up with a plan. Just like we've got these maps here that you see -- now, this map is a 2002 plan. What we will have next week is the 2012 plan. And it will be put in front of the public, and there will be one more opportunity for public input at that time following our proposal.

It is good for you to sign in, if you'll take the time to sign in out here. It's not mandatory, but it's kind of nice. We keep a record of everything that we do. In fact, we have a Court Reporter over here that's taking down every word I'm saying and will take down every word you say. A transcript will be prepared by next week, and that transcript of all of your comments will be turned over to the 22 members of the Reapportionment Committee. That's -those are Legislators, 11 House and 11 Senate.

Then we'll do the final hearing next week, and then, hopefully, we'll have enough data put together and have done our best to solve as many problems as we can. We cannot solve them all.

If you look at some of the numbers, you will see in congressional districts -- and, by the way, all we're talking about tonight, we're talking about congressional districts, and we're talking about State Board of Education. Next year, we'll do House and Senate. But if you look at the numbers - and here's another chart over here -some of these districts are off by 80 to 90,000 people. Now, the rule is one man, one vote. We all know that. Well, we can't get these people to move, so we've got to change the lines, and that is the job of this Committee.

With that being said, I'm going to turn it over to Mr. Walker, who is an attorney. He's conducted all the hearings all over the state and will finish them out next week. So we're doing this in a consistent manner, and he'll kind of give you the game plan.

Have you got the speaker list?

MR. WALKER: I've got the speaker list.

**Chestnut Defense 0390**

MR. MCCLENDON: He'll give you the game plan and give you any other words, and then we -- I'm here to listen. Thank you all very much for your attention.

Thank you very much. I'm Dorman Walker. I'm the hearing officer for this hearing. It's very nice to be here in Selma today. Thank y'all for coming out. Yeah, I think it's sort of particularly appropriate to wind up this series of hearings in Selma, which is, as far as I'm concerned, the birthplace of the Voting Rights Act, and it was very nice to be able to travel up on that most historic route from Montgomery to Selma for the purpose of hearing people talk about redistricting. So I liked that, and we're very happy to be here today.

The redistricting is a process that takes place in Alabama every 10 years and is driven by the federal and state constitutions and also by the decennial census, which, of course, we've just completed the 2010 census. And we now have the census population numbers for Alabama, and the Apportionment Clause of the Federal Constitution says that we have to take those -- those census data and reapportion the population of the state among the Representatives' districts that we have. We have seven members of the House of Representatives, so we have seven districts in Alabama. And the Apportionment Clause requires that the population of each of those districts be equal.

Now, the ideal population of a congressional district is 682,819. And, of course, to get that number, you just take Alabama's population under the 2010 census, which is put at 4,779,736, and divide that by seven, and you come up with 682,819.

Now, every district has got to have essentially the same amount of people in it as the other district, which requires some finessing down at the very end, but you can see that there are going to be some difficulties in accomplishing that. District 7, where we are now, is shy 80,000 people. So, somehow, the people on the Committee have got to find 80,000 people to put into District 7 and to add to the complexity in order to ensure that District 7 remains a minority -- a majority black district. About 65 percent of those people will have to be African-American.

And then, of course, the same issues prevail with regard to the State Board of Education plan. In the State Board of Education, instead of seven districts, we have eight districts. So the ideal population for each district is a little bit lower, and because the State Board of Education is redistricted under the authority of the Equal Protection Clause of the Federal Constitution, as opposed to the Apportionment Clause, there's a little bit more leeway in the variation of the population of those districts. They don't have to be exactly the same. A total amount of 2-percent deviation in -- in the population is allowed. So a little bit more room there, but there's still the -- the same basic problems as exist with the constitutional plan -excuse me -- the congressional plan.

The purpose of this hearing is to get input from you about how boundaries should be changed and what communities should be included or excluded as those boundaries are changed from -- from the congressional and Board of Education districts that you're now a member of. And that's -- that's what we hope to get from you today. We're not here to answer questions but, really, to hear your testimony about how you want the districts to be drawn. And that information will be given to the Reapportionment Committee on Monday when these transcripts will be forwarded to me, and then I will forward them to the Reapportionment Committee.

Over the course of next week, they will be looking at proposals for plans, and then on the 18th of May, we'll have a public hearing where proposed plans are submitted to the public in Montgomery for comment and review. So if you have an interest in that, come to Montgomery to the hearing on May 18th, and the details on that are published on the Reapportionment Committee website and the Secretary of State's website. If you want to know how to get to the Reapportionment Committee

**Chestnut Defense 0391**

website, just Google Alabama Reapportionment Committee, and the first thing that comes up will be the Reapportionment Committee website.

Now, with regard to that, in addition to making comments at this hearing, you can also make comments to your Legislator, to any member of the Reapportionment Committee, or you can go to the Reapportionment Committee website. And you'll see there the address of the Director of the Reapportionment Committee, the Staff Director, a woman named Bonnie Shanholtzer, and her email address is there. So if you want to send an email to the Committee, you may also do that.

After the Committee has received comments on its proposals, it will go back and look at the plan again, and then, ultimately, those plans, however they're adjusted, will be submitted as bills to the Legislature, will be assigned to committees, and, in due course, will be voted upon by the Legislature. They may be, of course, amended during that process.

But in the end, we should have two Bills that are passed as Acts by the Legislature, one of which describes the new boundaries for the State Board of Education, and the other one of which describes the new boundaries for our congressional districts.

Once that happens, those plans will have to be sent to the Attorney General in the -- in Washington, the Attorney General of the United States, for what's called preclearance under Section 5 of the Voting Rights Act. And the purpose of preclearance is to make sure that the state of Alabama doesn't turn the clock back, that the voting rights that minorities have gained since the passage of the Voting Rights Act are not lost when new plans are drawn. So if you're worried that the new plans might not contain a majority black congressional district or two majority black educational -- State Board of Education districts, don't be because under the retrogression standard, as long as sufficient population is there to draw those plans, they must be drawn that way. And, in fact, the sufficient numbers are there.

So the new plans, I can't tell you what they're going to look like. I'm not the Legislature, but I can tell you, as a matter of demographics, the new plans will contain a majority black congressional district and two majority black State Board of Education districts.

Having said that, it's now time to hear from anyone who wants to speak. There was a sign-up sheet for speakers, and four people signed up. If you, however, did not sign up but want to speak, after I call everyone who signed up, I'll see if anyone else wants to speak. So if you feel like you want to speak or if you change your mind -- you didn't initially want to speak, but now you've got something to say -- don't worry. Everyone will get a chance to speak. I'm going to limit everybody to four minutes, and that usually has been enough to say whatever you need to say.

And the first person who has signed up is Mr. William Scott. And, Mr. Scott, if you'll come up to the podium, and there's a microphone which you can use if you want to or not. But because the Court Reporter is taking everything down, please state your name, the community that you represent, and which plan you're speaking about.

MR. SCOTT: Can everybody hear me okay, or do I need to use the microphone?

UNIDENTIFIED SPEAKER: You're good.

UNIDENTIFIED SPEAKER: You're okay.

MR. SCOTT: Okay. Thank you. (Highlight)

**Chestnut Defense 0392**

(Highlight) First, my name is William Scott, and I'm here representing Congresswoman Terri Sewell of the Seventh Congressional District. And we're here mostly to listen, to take any input of the leaders that are here and the community citizens and constituents to find out what are your concerns so that we can be able to take a report back to our Congresswoman so she'll know what the people within the Seventh Congressional District are interested in doing as it deals with the lines.

(Highlight) We also have, that's with us, Ms. Carolyn Powell that's at the back of the room. I've been waving to Carolyn.

And we're just -- like I said, (Highlight) we're here just to listen, to take any information, to take notes, and to just hear your concerns and just want to know that she cares about the Seventh Congressional District and cares about what your feelings are as related to the lines. And just thank you for this opportunity to speak.

MR. WALKER: Thank you very much,

Mr. Scott. The second person who signed up was -- I'm not -- I'm not sure I'm reading this right. Is it Dan -- Dan Billelle?

UNIDENTIFIED SPEAKER: (Highlight) Don Beavells.

MR. WALKER: Don -

UNIDENTIFIED SPEAKER: Beavells.

MR. MCCLENDON: Have you got an address?

MR. WALKER: Don Beavells on -- at 200 Plant Street. I'm sorry. I can't -I can't read handwriting very well.

MR. BEAVELLS: How y'all doing this afternoon?

MR. WALKER: How are you?

MR. BEAVELLS: I'm the eldest son of the guy that called the march from Selma to Montgomery. I'm James Beavells' oldest son. And I'd like to thank my wife, one, for putting up with a lot of my crap because on the way to Selma, I had been investigating crack cocaine, and I was on crack. And at this moment right now, my brother on my mother's side, I'm praying that he's off of crack.

And these congressional districts that we're talking about that have been changed or gerrymandered, we have to be very prefer about it. If you look at the congressional districts from Chicago to Mobile and where African-Americans live, the districts have been changed. Our African-American high schools are gone.

What I noticed about Congressman Sewell when she ran, her father went to R.B. Hudson. My mother went to Hampton High School. Both those high schools are gone. They're nonexistent.

When I first started noticing the congressional districts' changes was in '84 when Jesse ran for president. I lived in middle Tennessee. The Fifth Congressional District is Andrew Jackson's old congressional district. It consists of Robertson County and Davidson County. When I got here in Selma and started studying at Selma University, I come to find out the Fifth Congressional District was Cheatham County, Davidson County, and Robertson County.

**Chestnut Defense 0393**

But, also, my research, since I've been down here in Selma -- I met Mr. Fitts. He wrote a book called Selma, The Queen City. When Congressman Benjamin Turner -- right after the Civil War, we had the First Congressional District. It went from Dallas County to Mobile. Over the years, it changed. When Congressman, I think it was, Raper he had the Second Congressional District, it looked like this. They took a little bit more away. Then they brought it to the Fourth Congressional District, which was Congressman Hurleson. Well, Congressman Hurleson, as my research showed -- they made him sign a retraction. That's the reason we had to come back and fight for the right to vote. He -- they throwed a gun on him by, I think it was, Sheriff Shepley, throwed a gun on him, and he had to sign a retraction. So that's the reason in '65, y'all got whooped here in '65 because going back to reconstruction all the way up to the Alabama State Constitution, 1901 Alabama Constitution, you lost the right to vote.

And what I have did my research on the Alabama State Constitution, what I came to learn through Mr. Daw -- the guys who are studying Darwinism and evolution, never got the Alabama State Constitution, which I don't agree with, because I joined the Moorish Divine National Movement. And in the Moorish Divine National Movement, we do not define ourselves as negro, black, or colored. We have a nationality. We call ourselves Moorish-American, descendents of Moroccan born in American.

And now we've got guys in the Congress and the State Senate, basically fraternities, and they're going along with some evolution. And they're arguing black and white, and that's not the issue. There's nationalities throughout the world that's got natural resources, and that's the reason that I see that the congressional district now -- the guys that's congressmen and the young ladies that are congressmen need to come up to another level, that black and white do not get nothing solved. You've got to understand who you are, what you're really representing up there in Congress. My father got a couple -- I think he got one student up there, Jesse, Jr. And -- and -- and I've been paying close attention to what's really been going on with these congressional districts, and (Highlight) I'm praying that we get a district that represents African-Americans from Chicago to Mobile. Because what I see right now with the congressional districts from Chicago to Mobile is drugs. I agree with Mr. LaRouche. Dope incorporated, that's the reason these districts are set up.That's all I see in the community is drugs, and you know what I'm saying. And I pray that y'all make the right decision because I've got a two-year-old son back there, Justin, that was born as my father was leaving. And I just pray that y'all make the right decision, and God speed.

MR. WALKER: Thank you. Thank you very much, sir. The next speaker is Mr.Charge -- Charles Burwell, I believe.

MRS. BEAVELLS: That's Charlie Beavells.

MR. WALKER: Oh, you signed twice.

Okay. Oh, you're son. Okay. I'm sorry.

(Highlight) Benson Will from -- on Brockwood Drive.

MR. WEBB: Webb.

UNIDENTIFIED SPEAKER: W-E-B-B.

MR. WEBB: I was just signing in.

MR. WALKER: Well, come up and tell us what you think anyway.

**Chestnut Defense 0394**

MR. WEBB: I -- I can't do that.

MR. WALKER: All right. Thank you,sir.

MR. WEBB: Again, he said I'm Benson Webb, and I'm from Selma. I'm at 102 Brookwood Drive. (Highlight) One of my issues that I have is that I learned today that since1931, the state of Alabama has pardoned 172,000 individuals, and those individuals, as you know, are in the population as being counted as part of (Highlight) the census. And I think that having those individuals counted as part of the census and then as ultimate voters, they have distorted the number of individuals that are in each individual district.

(Highlight) So when you redraw your district lines, if you include the -- I'll say for District 2, they have over 5,000 inmates that are included in that district count.So when you redraw the lines for District2, you're going to have 5,000 individuals that can't vote. So, automatically, you realize that that's going to distort that district. And you're saying you're adding and deleting people with your chart there. Well, I'm sure for the whole state of Alabama, you've got all these individuals that's going to dilute my voting power, or it ends up having - for example, in Alabama, I mean, Montgomery may have -- each citizen may be represented percentage wise less than I do. I don't know if there's state funds (Highlight) associated with individual counties, but Elmore County, having over 5,000 incarcerated individuals, then if state or federal dollars are associated by the number of citizens, then they would have proportioned more money available for their city than we do in Selma. So I would think that while you're considering redistricting, to include the exclusion of the inmates from those counties.MR. WALKER: Thank you. Thank you,sir. That brings to an end the people who signed up to speak, and -- and we're here for a hearing, so I hope that there will be someone else who wants to speak. Is there anyone else who would - Yes, sir, if you want to come up. And if you would, please state your name and the community you represent and the plan you're talking about.

MR. FOSTER: Good afternoon, everyone. (Highlight) My name is Claude Foster, and I represent -- I guess I'm a citizen here. I grew up on 1530 Plant Street, Selma, Alabama. I'm one of the last graduates of the then all-black R.B. Hudson High School. I graduated in 1970. And I left Selma, like most young people did, back then when there was little opportunity for African-Americans in this town. I left and went in the military, served there, and then went on and got my bachelor's and master's degree and then went to work for the NAACP where I served in a number of capacities, primarily voting rights activist. I've testified before Congress. I've testified at multiple rights hearings. And then my last assignment was regional director for the NAACP southwest region, which was located in Houston, Texas.

And basically what I wanted to talk about was, you know, I've talked about voting rights all around the country. And you know, when I grew up on 1530 Plant Street, we had dirt roads. So we were excited, and we wanted to elect someone that looked like us because we thought that if someone looked like us, they would represent us better than the representation that we were getting at that particular time. And as a consequence, you know, many students at R.B. Hudson High School -- I remember in the ninth grade when we stayed out of school for a whole year participating in various marches around -- around the city because what we had hoped was that having a representative that looked like us would make a difference. And because of the Voting Rights Act, we do have a representative, one of -- one of seven in Alabama, which is represented by Terri Sewell in District 7. But what I want to talk about is I want to go beyond race. You know, Selma has a theme that says, From Civil Rights -- From the Civil War to Civil Rights. So I want to talk about that and beyond that's so permanently displayed on that emblem because, I mean, there is a -- like I said, I grew up on a street that was a dirt road. Now it has a -- it has a -- it's paved. It has a black top. But we thought representation would equate to equality in our lives. You know, not just -- we got -- we got the dirt

**Chestnut Defense 0395**

road paved over, but the curb, the gutter, quality education, all those things that we were out there marching for -- because the folks in the Voting Rights March and the Civil Rights March that I was part of was just ordinary people. It wasn't the black middle class. It was just my neighbors, people on Plant Street that -- that -- I mean, we'd walk from Plant Street all the way to Hudson High. Many of you know where that is. That's a long walk. Because there was no bus service.

So we participated in the Civil Rights Movement because we really felt that having someone that looked like us would make a difference. But I've evolved over the years. You know, we've had many discussions about districts around the country, and I've evolved. And it's not so much who represents you, it's the quality of that representation. And when you look at -- I would hope -you know, this whole redistricting process has some down to a political tug and pull. And I know the Legislature - when you look at who's in charge now, you know, the Republicans have the -- have the mandate. They have the body. They have the votes.

But I would hope that -- that -that reasonable heads will look at this and say, How can we restructure the state of Alabama? Yes, we need an African-American representative because we've got white representatives. We've got African-Americans in Texas. One day, Hispanics may want to represent them in Texas. I mean, it may keep evolving like that.

(Highlight) But I would hope that the Legislation would look at or the Redistricting Committee would look at what is in the best interest of all the citizens of Alabama. You know, when you look at -- when you look at District 7, it's primarily poor. It's not -- I mean, it's black. It's 60-something percent black, but there are poor whites there as well. But that district is probably the poorest district in the state of Texas - in the state of Alabama. I live in Texas now, so I get the states confused. It's the poorest district in the state. Terri can't do it alone. She needs cooperative -- cooperation of everybody, of all six of the representatives. So we need to create a climate and create a district and create a state map that represents everybody's interest, and I (Highlight) just have some concern when you lump all poor people in one area.

(Highlight) When you look at the district now, it stretches from Birmingham all the waydown. I mean -- I mean, you've got urban; you've got rural. I mean, the only thing common about District 7 is that most of the folks are black. And Idon't know whether that serves the best interest of all people. I mean, historically -- I mean, when you look at the seven other districts -- I mean, the six other districts and you look at District 7, the six other districts have all white, and we've got one African-American, so I don't know how far beyond we've come. I don't know. You know, I would like to think that we've - we've gotten beyond where we were back in 1965 or when I graduated from high school. But this map doesn't represent that picture. My time is up?

MR. WALKER: Yeah. If you want to wrap it up.

(Highlight) MR. FOSTER: Well, I just want to say that I hope that the Redistricting Committee, in its wisdom, will look at creating a map that meets all the requirements of the Voting Rights Act to make sure that, you know, everybody is represented, but make sure that the makeup of the district is created in such a way that it represents the best interest of our Alabamians.

MR. WALKER: Thank you very much. Is there anybody else who would like to speak? Yes, ma'am.

MS. WIMBERLY: I have a question.

MR. WALKER: Okay.

**Chestnut Defense 0396**

MS. WIMBERLY: To what extent when you are considering the redistricting -and we know we've been dealing with District 7 a long time as being the only district up there that represents blacks with a representative.

MR. WALKER: Yes, ma'am.

MS. WIMBERLY: But when the redistricting is coming, will we be able to see what affect your changes are going to be made across the state when it comes to redistricting? That would affect -I'm looking at the Senatorials too. I'm looking at the Senate now. I'm looking at the Senate.

MR. WALKER: The Senate.

MS. WIMBERLY: We've never had a (inaudible) way back then. Anyone who represents us in the Senate -

MR. WALKER: You mean a black Senator?

MS. WIMBERLY: Yeah.

MR. WALKER: Yeah. Well, the issue there, of course, is -- is that Senators are voted on by the state as a whole.

MS. WIMBERLY: Right.

MR. WALKER: And -- and African-American population is about rule out, of course, that we may someday have an African-American Senator, but we're not going to -- that's not going to be affected by redistricting because we don't do districting for Senators. But -- but when the -- when the Committee comes up with its proposal for -- for new Representatives' districts, those will be posted and made available, and that's the purpose of the hearing on May the 18th, is for people to say, I like this change; I don't like this change. So please come to that if you're interested.

MS. WIMBERLY: Oh, I plan if I can get there. The reason I wanted to say that because I wanted the people here to understand the difference between the congressional district redistricting and the Senate for our Senators. And so I just wanted to know -- when we get ready, I want to see what affect the changing of the redistricting District 7. Now, we may have somebody interested to move on over there, you know, and run for Senate. And, of course, I would love to see us having more than one black congressional district.

MR. WALKER: Yes, ma'am.

MS. WIMBERLY: So I just would be looking at the numbers that you have there and changes and see if maybe we could move over to going up there in Shelby or move over here to Pike or somewhere where we just might find something like that.

MR. WALKER: Well, they're going to have to go somewhere to get the 80,000 people that are needed for District 7. So I guarantee you there will be some changes.

MS. WIMBERLY: Okay. Thank you.

MR. WALKER: Thank you, ma'am. Yes, ma'am.

**Chestnut Defense 0397**

MS. WIMBERLY: And my next question is how many of my race representatives is working on this Redistricting Committee? Now, I know that the Republicans are in charge, so how many you have on that redistricting? I guess I need to ask Mr. -

MR. WALKER: I -- there are some I can think of. I've never counted.

MS. WIMBERLY: I'd like to have a count.

MR. MCCLENDON: I haven't either, but I'll tell you how the House members were appointed. The House member -- the 11 members from the House, there's a - one from each congressional district and then four at large. And what the Speaker did in the House -- and I assume the President pro tem did exactly the same thing -- he wanted men, women, blacks, and whites. Now, the -- the political balance between Republicans and Democrats is very close. He tried to mirror the political balance of the House of Representatives. So he tried to make it a reflection of who we have serving down there. So I don't -- I don't have the number, but, anyway, that's the way it was done.

MS. WIMBERLY: You don't have any citizens working on the Committee other than -

MR. MCCLENDON: No, ma'am. It's a -- it's a legislative act.

MS. WIMBERLY: No problem. Thank you.

MR. WALKER: There are five on the 22-person committee. Five are African-American.

MS. WIMBERLY: Okay.

UNIDENTIFIED SPEAKER: Who are they?

MR. WALKER: Who are they?

MS. WIMBERLY: It will be posted on your website.

MR. WALKER: Yes.

Did anyone else want to speak? Yes, ma'am.

MS. SEWELL: Yes. I wanted to ask a question.

MR. WALKER: Okay. Would you state your name for us, please?

MS. SEWELL: Lola Sewell.

MR. WALKER: Lola Sewell.

MS. SEWELL: My question is, you said we was 80 percent short in the Seventh Congressional District now?

MR. WALKER: 80,000.

MS. SEWELL: 80,000.

MR. WALKER: Yes, ma'am.

**Chestnut Defense 0398**

MS. SEWELL: Okay. With that 80,000, you have to get 65 percent African-Americans.

MR. WALKER: Approximately, in order to maintain a majority black district.

MS. SEWELL: So when you do this redistricting, how are we going to know that it's actually 65 percent, not less than that?

MR. WALKER: Well -- well, I mean, it -- it may be a little less than that. I didn't mean that to be -- there's no legal line that says it's got to be 65 percent. What it has to be, in order to pass a retrogression standard, is a district in which minority members have a fair opportunity to elect the candidate of their choice, and -- and there are a lot of factors that -- that determine that. In some areas, poverty affects the ability of people to turn out to vote. So you would want a higher level of African-Americans, but on the other hand, the Committee will also be conscious of not putting too many African-Americans in one district, what -- what's called packing, which also is a violation of Section 2 of the Voting Rights Act, because it prevents African-Americans from becoming an influence in other districts.

But the answer to your question is that when the plan is presented, the statistics for each district will also be presented with it, and you can see, not only how -- how many people in each district are African-American or Hispanic or white or, you know, Asian specific, you can also see how many of those people above voting age are African-American or white. So that information will be made available.

MS. SEWELL: Thank you.

MR. WALKER: Uh-huh. Good question.

In the back, yes, ma'am.

MS. BLACK: My name is Brenda Black, and I'm a concerned citizen. You said we have to have 80 percent black; right?

MR. WALKER: No, no, ma'am. I -what I -- what I said was District 7 needs -- I said 80,000 just to round it up, but it needs 79,000-so-much in order -

MR. MCCLENDON: Can you see this?

MS. BLACK: Not really. But my -

MR. MCCLENDON: Well, 7 needs that many people to get to one man, one vote.

MS. BLACK: All right. Well, where are you going to place those Latinos and Asian specific? Are they going to be white, or are they going to be in here with us?

MR. WALKER: Well, I'm not going to do anything. I'm just collecting -

MS. BLACK: Who's going to balance that out?

MR. WALKER: I'm going to collect -I'm collecting information. I can tell you that -- that the -- the areas with -with most of the Asians are up in the -the top -- up in 5 and, I think, 1 and, I think, maybe 3. And Hispanics, I don't think, form a significant part of the population of District 7. And -- and the counties that I'm aware of where they're starting to have a significant population is still not that high. But I don't know how the Legislature's going to handle that.

**Chestnut Defense 0399**

Yes, sir.

MR. GORDON: Should I come up or -

MR. WALKER: You can speak from there if you want to, but will you say your name first?

MR. GORDON: Sure. It's (Highlight) Tremaine Gordon.

MR. WALKER: And are you from Selma?

MR. GORDON: Yes.

MR. WALKER: Okay.

MR. GORDON: I'm a native of Selma, Dallas County. I've been here -- I live on Pleasant Street. One of the things I'm asking the -- the Committee or those looking at this is that I think that the -- going east will be problematic for our area because of the connection. (Highlight) I think that, for example, Lowndes County, Montgomery share our sentiments, share some of the same things, values. I know a lot of people shuttle back and forth as far as working, you know, working people. And I would strongly recommend looking at that or, even so, bringing up at the top north south Jefferson County and maybe emphasize going more towards east. (Highlight) So I would strongly recommend to the Committee to look at Lowndes and Montgomery as part of the Seventh Congressional District. It just, to me, makes sense because of the connection of the community that share a history, that Dallas County and Montgomery County shares. And I just strongly recommend for you all to take a look at that and bring that part of the Seventh Congressional District.

MR. WALKER: Thank you very much for your comments. Anybody else who would like to speak? Yes, sir.

REPRESENTATIVE MELTON: (Highlight) Darrio Melton, Representative of District 67, a colleague of Mr. McClendon. I've been a Representative from Selma. I would have loved to be on that Committee. I think it would have been very symbolic with all the voting rights coming through Selma, Alabama. It's very interesting that when I look at the census data, that it's sad to say that the data is almost still the same African-American population as 26.2 percent for the state of Alabama, and that is approximately one-fourth of the population. And when we look at these congressional seats, we only see one African-American seat, which is on the fourteenth percent of the congressional districts that we have. (Highlight) Based on the numbers that I'm seeing, there is a possibility for a second minority congressional seat. When you look at District 3 and District 2, both of those districts have over 30 percent African-American population inside those districts. And so I would urge the Committee to -- to consider that. If you take those African-Americans out of District 3 and 2, that's over 60 percent of African-Americans that can make up a minority district, not including other (Highlight) minorities who may be in that district. And so the Seventh Congressional District already is around 60-something percent. So I think to -- to -- to bring justice to the correct representation that we have in Congress, that two seats would pull us close to that 26 percent or that one-fourth representation we have here in the state, if you will.

(Highlight) And -- and speaking to Mr. Gordon, what he was saying with regards to moving east to Montgomery, one thing that I - I -- I'm kind of -- kind of hesitant about is that when we look at Jefferson County and we look at Tuscaloosa and then we look at Montgomery, those are metropolitan areas. And we all -- the district that we're in now, it's a very impoverished district. Five of the counties are of the poorest counties in the nation, not just in Alabama but the nation. And so if someone gets elected for office out of Jefferson County, (Highlight) Tuscaloosa, or Montgomery, I'm afraid that all

**Chestnut Defense 0400**

these other counties are going to get left out the picture. And so I would very caution us in regards to how do we deal with that and look at that to make sure that all the people in Dallas County, in particular those who are the least of these, are being looked at when we come to join these lines in 2010 -- in 2011.

MR. WALKER: Thank you, sir. Anybody else? Yes, sir.

MR. HEADLEY: (Highlight) Tom Headley. I just looked at the map. I'd like to kind of echo what the Representative was saying. (Highlight) I notice here that the majority of these districts are along the I-65 corridor except for 3 and 7, which are your two most impoverished districts. We are very interested in getting an 85, I-85, interconnection from Montgomery on through here, and I think by going east, that would help by having that under the (Highlight) same congressional district. So I just want to echo Mr. Gordon's appeal that we do go east/west instead of north/south. As you see, the more fluent districts are all on the I-65 corridor. 3 and 7 are not. 3 and 7 are the most impoverished. So it would go back to the State Constitution about trying to maintain rectangular in shape, I think is the way they put it in the Constitution. That would sure help us.

MR. WALKER: Sure. Thank you very much, sir. And are you from Selma?

MR. HEADLEY: Yes, sir.

MR. WALKER: Okay. Thank you. Anybody else who wants to speak?

Yes, sir.

(Highlight) MR. FOSTER: I just had a question. Regarding the SBOE districts, is there any consideration to -- to looking at the geographic expanse of that district? (Highlight) The State Board of Education District, geographically larger -- the biggest and (Highlight) largest.

MR. WALKER: (Highlight) I'm -- I'm sure the -the Committee will look at that. So, I mean, thank you for pointing that out. All right. One more time. Anybody else who wants to speak to the Committee? (No response.)

MR. WALKER: If not, thank you. These comments have been very helpful. Thank you for coming out tonight.

(At which time, Exhibits 1 and 2 were marked for identification.) (At which time, the public hearing concluded at approximately 7:15 p.m. CST.)

---

REPORTER'S CERTIFICATE

STATE OF ALABAMA, AUTAUGA COUNTY,

I, Shannon P. Yost, Certified Shorthand Reporter and Commissioner for the State of Alabama at Large, do certify that I reported The Permanent Joint Legislative Committee on Reapportionment public hearing.

The foregoing computer-printed pages contains a true and correct transcript of said hearing. The reading and signing of same is hereby waived.

**Chestnut Defense 0401**

I further certify that I am neither of kin nor of counsel to the parties to said cause, nor in any manner interested in the results thereof.

s/Shannon P. Yost

_____

Shannon P. Yost, Certified Shorthand Reporter and Commissioner for the State of Alabama at Large
ACCR #: 158

Freedom Court Reporting, Inc

**Chestnut Defense 0402**