# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LAKEISHA CHESTNUT, et al.,** | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
|    v. | )    Case No. 2:18-CV-00907-KOB |
| | ) |
| **JOHN H. MERRILL,** | ) |
| | ) |
|    Defendant. | ) |

## ORDER

The Plaintiffs in this case allege in an amended complaint that Alabama's current congressional districting scheme violates § 2 of the Voting Rights Act, 52 U.S.C. § 10301.  (Doc. 14).  The court accepted written submissions from the parties and conducted a bench trial.  For the reasons discussed in the Memorandum Opinion accompanying this Order, the court finds this case to be **MOOT** and **DISMISSES IT WITHOUT PREJUDICE** for lack of jurisdiction.

   **DONE** and **ORDERED** this 17th day of March, 2020.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE